# EXHIBIT A

# NAUGHTY REVENUE AFFILIATE AGREEMENT

## Date Last Modified: November 4, 2013

## Effective Date: September 21, 2010

To participate in the NAUGHTY REVENUE AFFILIATE PROGRAM ("Program") as an affiliate of La Touraine, Inc., you must first agree to be bound by all of the following terms and conditions of the Affiliate Agreement :

I. Mandatory Age Restriction.

NO PERSON UNDER EIGHTEEN (18) YEARS OF AGE MAY DIRECTLY OR INDIRECTLY PARTICIPATE IN THE PROGRAM. YOU HEREBY AFFIRM AND WARRANT THAT YOU ARE CURRENTLY YOU ARE CURRENTLY AT LEAST EIGHTEEN (18) YEARS OR OLDER, OVER THE AGE OF MAJORITY IN YOUR COMMUNITY, AND ARE CAPABLE OF LAWFULLY ENTERING INTO THIS AFFILIATE AGREEMENT.

II. General Provisions.

A. Definitions.

(1) "Affiliate" means a person or entity who markets La Touraine subscriptions, products, and services through an independent web site in exchange for the payment of a commission based on sales of La Touraine's subscriptions, products, and services.

(2) "Affiliate Code" (or "link code") means a string of alphanumeric text that uniquely identifies an Affiliate, advertising campaign, or other tracking metric.

(3) "Chat Traffic Advertisement" means a pop-up message displayed on a web site for the purpose of attracting users to other commercial sites.

(4) "Licensed Content" means any images, text, data, motion pictures, video clips, audio clips, advertising banners, hyperlinks or other information obtained from La Touraine in connection with the Program and only in accordance with the terms of this agreement. Licensed Content does not include content on La Touraine's web sites unless it is expressly offered to Affiliates in connection with the Program.

(5) "Promotional Link" means any Uniform Resource Locator ("URL") placed on an Affiliate web site that links to a La Touraine site that relates to the Program. Promotional Links should include an Affiliate Code and must comply with the terms and conditions of this Affiliate Agreement. Promotional Links are designed to permit accurate tracking, reporting, and accrual of commissions for the Affiliate.

(6) "Qualified Referral" means a user or customer directed from an Affiliate web site by a Promotional Link who signs up for a paid subscription on a La Touraine web site within a single computer session.

(7) "Net Payment" means the gross payment received from a Qualified Referral minus any and all applicable fees. By way of example, if a Qualified Referral signs up for a one (1) month subscription at $24.95, and La Touraine's credit card processing company charges 13.5%, the Net Payment to La Touraine would equal $21.58 for that subscription sale.

(8) "Spam" or "spamming" generally means the use of electronic messaging systems to send unsolicited bulk messages without consent of the recipients. While e-mail spam is the most widely recongized form of spam, the term is expansive and applies to numerous forms of media including, but not limited to, instant messaging spam, Usenet newsgroup spam, Web search engine spam, spam in blogs, wiki spam, online classified ads spam, mobile phone messaging spam, spam in mobile applications, Internet forum spam, junk fax transmissions, spam on Twitter, spam on Facebook, social networking spam, and file sharing network spam.

B. Binding Agreement. The terms and conditions of this Affiliate Agreement constitute a binding legal agreement between you, the Affiliate, and La Touraine, Inc. d/b/a Naughty America and other related trade names.

C. Consent to Receive E-mail Communications. By entering into the Affiliate Agreement, you agree and consent to receive notifications, updates, and other information about the Program from La Touraine to your e-mail address currently on file, unless you affirmatively opt-out of the Program's default notification setting.

III. Enrollment in the Program.

A. Application. To become an Affiliate, you must submit a complete and accurate Program application, in which, among other things, you must correctly identify your web site(s).

B. Evaluation of Application. La Touraine will evaluate your application and notify you of its acceptance or rejection. Your application may be rejected for any reason in La Touraine's discretion, including but not limited to the following: (1) you are under eighteen (18) years of age (or under the age of majority in your community); (2) your application contains inaccurate, incomplete, or false information; (3) your web site incorporates material that is unlawful, defamatory, infringing, obscene, non-adult, harassing, or is otherwise objectionable; or (4) your domain name or site is identical or confusingly similar to a trademark or service mark in which La Touraine or another person or entity has intellectual property or other legal rights. If your application is accepted and La Touraine later determines that you violated any of (1), (2), (3), or (4), your Program account will be terminated.

C. Re-application. You may re-apply to the Program if your application is rejected, unless La Touraine provides otherwise.

IV. Program.

Subject to the terms and conditions of this Affiliate Agreement, and after you have been notified that your application has been accepted, you may download and use Licensed Content and Promotional Links on your web site.

V. Program Restrictions.

As a condition of your participation in the Program, you acknowledge and agree to the following limitations and restrictions:

A. Compliance with Laws. In connection with your participation in the Program, you will comply with all applicable laws, including local, state, federal, or international laws, rules, and regulations. All content on your site, including Licensed Content, may only be accessed by consenting adults in locations where such content does not violate community standards. All unlawful content is strictly prohibited. You are responsible for all content posted on your site and are prohibited from posting any unlawful content. You further agree to the following:

(1) Depictions of Minors. You WILL NOT disseminate, post on your web site, or provide any links any matter that involves depictions of nudity or sexuality by an age inappropriate-appearing performer (i.e., a performer who looks younger than 18 years of age) or by a performer who is portrayed or made to appear to be a person under the age of 18 by virtue of the script, make-up, costuming, demeanor, setting, etc.

(2) Obscenity. You WILL NOT disseminate, post on your web site, or provide any links to any obscene material, including without limitation any material depicting bestiality, rape, or torture.

(3) Spam. You WILL NOT disseminate Spam in connection with the Program. Although U.S. federal and state law may not prohibit all forms of spamming, La Touraine imposes a stricter, no-spam policy for Affiliates of the Program. What constitutes spamming will evolve over time as new technologies and methodologies emerge for spammers to find new ways to abuse the Program. Some of the factors that La Touraine takes into account when determining what constitutes spamming are:

a. If you have violated a U.S. federal or state anti-spamming law, including any portion of the CAN-SPAM Act of 2003 (15 U.S.C. §§ 7701 et seq.) or any of the federal regulations promulgated thereunder;

b. If you have violated the anti-spamming policy of any third party;

c. If you have sent unsolicited bulk messages to non-consenting recipients;

d. If you have misleading or false information contained in your messages, subject line, or message-headers;

e. If you use automated means to collect, transmit and/or sell the electronic addresses of others;

f. If you use a third party site or program to automatically generate and send messages or content;

g. If the primary purpose of your message is commercial in nature; and,

h. The number of spam or abuse complaints that have been lodged against you.

No one factor is controlling, and La Touraine will look to the particular circumstances of each case to determine what constitutes spamming. When in doubt, don't do it. Bottom line: If you Spam, you're out.

(4) Defamation and Related Conduct. You will not publish content on your web site that is defamatory, libelous, threatening, abusive, hateful, derogatory, disparaging, or otherwise injurious to any person or entity or to the reputation of any person or entity.

(5) Section 2257. Your web site must be in full compliance with Section 2257 of Title 18 of the United States Code, "the Records Keeping and Labeling Act," and the regulations promulgated thereunder, including 28 C.F.R. Part 75 ("Section 2257 Requirements").

a. You represent and agree to act as the "Custodian of Records" required to be maintained by the Section 2257 Requirements for any and all images depicting actual sexually explicit conduct of an actual human being that may be used to promote or market the Program regardless of who has produced such images.

b. You shall properly and continuously post the statements in the manner and locations required by the Section 2257 Requirements on the web site you use in connection with the Program.

c. La Touraine shall make available to you the records required by Section 2257; however, it is your responsibility to obtain those records from La Touraine. Any information in the nature of legal names, dates of birth, home addresses, and other personal information relating to the actors and models that you may receive from La Touraine for the purpose of meeting Section 2257 Requirements shall be treated by you as "Confidential Information." The Confidential Information is the sole property of La Touraine and you shall use the Confidential Information solely and exclusively to comply with the Section 2257 Requirements and for no other purpose whatsoever.

d. You agree to take reasonable measures to protect the confidentiality and security of and to avoid disclosure and unauthorized use of the Confidential Information of the other party. Without limiting the foregoing, you agree to take at least those measures that you take to protect your own confidential information of a similar nature, but in no case less than reasonable care. Without limiting the foregoing, you shall not: (i) copy, reproduce, distribute or disclose to any person, firm or corporation any of the Confidential Information disclosed to you by La Touraine in any matter whatsoever; (ii) permit any third party to have access to such Confidential Information; or (iii) use such Confidential Information for any purpose other than complying with the Section 2257 Requirements.

e. You shall keep the Confidential Information only as long as is directed by the Section 2257 Requirements and shall thereafter promptly destroy any and all copies of the Confidential Information, shall delete all Confidential Information that may reside on any computer system

owned by you or under your control or your representative's control (including backup tapes) and shall destroy any and all other documents that may contain abstracts, excerpts or other portions of the Confidential Information.

f. You represent and agree that each web site operated by you will be in full compliance with Section 2257, including the record-keeping and labeling requirements that must be maintained by you at all times. You acknowledge and agree that any and all content published on your web site is, and shall be, compliant with Section 2257.

B. Intellectual Property Rights. You represent and agree that you will not publish content on your web site that violates the intellectual property rights or other legal rights of any person or entity, such as copyright, patent, trademark, service mark, trade secret, trade dress, right of privacy, right of publicity, moral right and any other proprietary right.

C. Cybersquatting or Typosquatting. You represent and agree that you will not register or attempt to register any domain name (including third level domain names or sub-domains) or URL that is identical or confusingly similar to a trademark or service mark in which La Touraine or another person or entity has intellectual property or other legal rights.

D. Paid Search Advertising Schemes. You represent and agree that you will not bid on or purchase any online paid advertising schemes that incorporate or are confusingly similar to any of La Touraine's trademarks, service marks, or URLs. By way of example, such prohibited advertising schemes include pay-per-click models, sponsored links, search engine keywords, AdWords, or similar advertising schemes.

E. Other Prohibited Uses.

(1) Distribution to Prohibited Areas. You acknowledge and agree that you will not permit Licensed Content or Promotional Links to be accessed, viewed, downloaded, used by, transmitted, broadcast, or otherwise disseminated to any person or entity located in any and all areas prohibited by law.

(2) Misrepresentation of Relationship. You represent and agree that you will not misrepresent your contractual relationship with La Touraine or imply that any affiliation or relationship exists with La Touraine except as expressly provided in this Affiliate Agreement. By way of example, you cannot publish any statement indicating that La Touraine supports, sponsors, endorses, or contributes to your web site other than as expressly provided in this Affiliate Agreement.

(3) Unauthorized Access. Your unauthorized access, viewing, downloading, receipt, duplication, or other unauthorized use of Licensed Content that you directly or indirectly obtain through your participation in the Program shall constitute a material breach of this Affiliate Agreement.

(4) Malicious Code, Viruses, Etc. You represent and agree that you will not use or offer for download any material that contains a virus or malicious code, such as a Trojan Horse, that has the potential of causing disruption or damage to any computer system. You will be responsible for any and all damage caused by any such program.

(5) Links to and Content of Others. You represent and agree that you will not use La Touraine's images, content, or promotional material to promote and/or link to any other site.

(6) Chat Traffic Advertisements. You represent and agree that you will not use Chat Traffic Advertisements in connection with the Program.

VI. Limited Non-Exclusive License.

A. Grant of Limited License. Subject to La Touraine's acceptance of your Program application and your agreement to the terms and conditions of this Affiliate Agreement, you will be granted a limited, non-exclusive, royalty-free, non-transferable, non-assignable and revocable license during the term of this Affiliate Agreement to download and use on your site Licensed Content for the exclusive purpose of advertising, marketing, or promoting La Touraine's online services and products. This license is revocable by La Touraine at any time, in La Touraine's sole discretion, with or without prior notice.

B. Limitations on License. You may only use Licensed Content in accordance with the Agreement, on one computer at a time. If the Program makes copies of Licensed Content available, you may only download a single copy of such content on your hard disk and upload a single copy on your site. No further copies are permitted. You further agree to the following limitations and restrictions on your use of Licensed Content:

(1) Use Restrictions. You acknowledge and agree that any and all unauthorized access, viewing, downloading, receipt, duplication, or other use of Licensed Content in which you are directly or indirectly involved, shall constitute a material breach of the Agreement, intentional infringement(s) of La Touraine's and potentially others' trademarks, copyrights, intellectual property, and/or other rights including without limitation, the rights of privacy and publicity.

(2) Other Prohibited Actions. You acknowledge and agree that you are prohibited from:

a. modifying, translating, reverse engineering, decompiling, and/or disassembling Licensed Content;
b. creating derivative works based on Licensed Content;
c. renting, leasing, or transferring any rights in Licensed Content;
d. removing any proprietary notices or labels on Licensed Content; and
e. making any other unauthorized use of Licensed Content.

(3) Ownership of Licensed Content and Intellectual Property. Except for public domain material or material otherwise licensed to La Touraine, Licensed Content displayed on or made available through the Program is proprietary content owned by La Touraine, its parent(s), subsidiary(ies), and/or assign(s). All editions of Licensed Content and any other matter used directly or indirectly in connection with the Program are protected by the copyright laws of the United States, international copyright treaties, and other laws and regulations. All title and proprietary rights in and to Licensed Content, or any other matter made available through the Program, shall at all times remain in La Touraine, its parent(s), subsidiary(ies), and assign(s).

C. No License for Other Content on La Touraine. No license is granted for any content published on La Touraine's web sites unless such content is made available to you through the Program and is designated as Licensed Content by La Touraine, Inc.

D. Reservation of Rights. Other than as expressly granted above, no other rights are granted, including without limitation, any copyright, patent, trademark, service mark, trade secret, trade dress, right of privacy, right of publicity, moral right and any other proprietary right. La Touraine reserves all rights to select, alter, add, or remove any and all Licensed Content and Promotional Links used in connection with the Program.

E. Termination or Withdrawal of License. Your license to download and use Licensed Content shall automatically terminate, and all rights shall automatically revert to La Touraine, upon termination of this Affiliate Agreement or your withdrawal from the Program. In such event, you shall delete all copies of Licensed Content that may reside on any computer system and/or web site owned by you or under your control.

VII. Affiliate's Notification Duty.

You agree to immediately notify La Touraine if you receive any inquiries or requests for information regarding the following subjects:

- Obscenity
- Depictions of Nudity or Sexuality by Minors
- SPAM Complaints
- Copyright Infringement
- Trademark Infringement
- Unfair Business Practices
- Invasion of Privacy Issues
- Fraudulent Activities
- Criminal or Civil Investigations, including subpoenas served upon you

VIII. Commissions and Payout Structure.

A. Commissions. La Touraine will pay you commissions of sixty percent (60%) of the Net Payment for each Qualified Referral. Commissions of sixty percent (60%) shall continue to be paid to you for each re-bill of a Qualified Referral throughout the life of the subscription.

B. Payouts.

(1) Minimum Payout Threshold. The minimum payment amount is one-hundred dollars ($100.00 USD) ("Minimum Payout Threshold"). Any accrued payments totaling less than the Minimum Payout Threshold will be rolled over into subsequent payments until the Minimum Payout Threshold is reached.

(2) Payout Schedule. Commissions are paid by check or Paxum. So long as the Minimum Payment Threshold is reached, commissions are mailed to the address currently on file with your Program account every two (2) weeks on average, excluding U.S. holidays and weekends.

(3) Checks Void After 90 Days. Checks issued by La Touraine expire and are void after 90 days from the date of issue. Please present your checks to your financial institution promptly. If you fail to present your check within those 90 days, your check is considered stale.

(4) Reissued Checks. If receipt of your check is significantly delayed, or the check is lost in the mail, you may request that we resend you a new check. To issue a new check a stop payment fee of $20.00 will apply in order to void the first check. To request that a check be reissued, please contact your affiliate manager, or send an email to scott@naughtyamerica.com.

C. Limitations of Payouts. La Touraine will only pay you for Qualified Referrals. That means that commissions may only be paid if a visitor to La Touraine's web site can be tracked by our system from the time a user clicks on a Promotional Link to the time of sale. You will receive no commissions if our system cannot process your Affiliate Code, if a user does not make full payment for services, or if a user is directed to our site by a Promotional Link, but leaves and later returns to sign up for a subscription.

D. Taxes. You will be responsible for payment of any and all taxes attributable to commissions or other payments made to you. As a part of your application, you will be required to provide a Federal Tax Identification Number or Social Security number for IRS reporting requirements.

E. Subject to Change. Commission rates, payout schedules, and minimum payout limits are subject to change at any time at La Touraine's sole and absolute discretion, with or without prior notice.

IX. Representations and Warranties.

A. Affiliate's Representations and Warranties. You represent and warrant that you own or operate a lawful and otherwise valid internet web site that adheres to the terms and conditions of this Affiliate Agreement.

B. La Touraine's Disclaimer of Warranties. LA TOURAINE, INC. HEREBY DISCLAIMS ALL WARRANTIES AND IS MAKING THE PROGRAM AND LICENSED CONTENT AVAILABLE "AS IS" WITHOUT WARRANTY OF ANY KIND. YOU ASSUME THE RISK OF ANY AND ALL DAMAGE OR LOSS ARISING FROM THE USE OF, OR INABILITY TO USE, THE PROGRAM AND/OR LICENSED CONTENT. TO THE MAXIMUM EXTENT PERMITTED BY LAW, LA TOURAINE, INC. EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE PROGRAM, INCLUDING WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. LA TOURAINE DOES NOT WARRANT THAT THE PROGRAM AND/OR LICENSED CONTENT WILL MEET YOUR REQUIREMENTS OR THAT THE OPERATION OF THE PROGRAM AND/OR SERVICE WILL BE UNINTERRUPTED OR ERROR-FREE.

X. Term and Termination.

A. Term. The term of this Affiliate Agreement will begin upon acceptance of your Program application and your agreement to the terms and conditions of this Affiliate Agreement and will end when terminated by either party.

B. Notice of Termination. A breach of this Agreement will result in termination and immediate dismissal from the Naughty Revenue Affiliate Program, with no obligation to La Touraine, Inc. other than to pay for earned commissions up to the point of termination. Either party may terminate this Affiliate Agreement at any time, with or without cause, by giving the other party written notice of termination.

C. Survival. The following provisions of this Agreement shall survive the termination or expiration of this Agreement: (1) payment of amounts owing to the Affiliate at the time of termination; (2) representations and warranties; (3) disclaimer and limitation of liability; and (4) indemnification.

XI. Limitation of Liability.

TO THE MAXIMUM EXTENT PERMITTED BY LAW, IN NO EVENT SHALL LA TOURAINE, INC. BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER RESULTING FROM ANY PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RELATED TO YOUR USE OF THE PROGRAM, LICENSED CONTENT AND/OR ANY OTHER MATERIALS OR SERVICES PROVIDED TO YOU BY LA TOURAINE, EXCEPTING SUCH INJURY OR DAMAGES CAUSED BY LA TOURAINE'S FRAUD, WILLFUL INJURY TO THE PERSON OR PROPERTY OF ANOTHER, OR VIOLATION OF LAW BY LA TOURAINE.

XII. Indemnification.

You hereby agree to indemnify, defend, and hold harmless La Touraine, Inc. and all of its related entities, subsidiaries and parent companies, advertising and promotions agencies, and each of their heirs, successors, officers, directors, shareholders, employees, assigns, agents, attorneys, representatives, and any other person or entity now or hereafter affiliated with them, and each of them (collectively, "Indemnified Parties"), of and from any and all claims, demands, causes of action, obligations, damages, losses to any person (including death) or property, penalties, attorney's fees, costs, and liabilities of any nature whatsoever, whether or not now known, suspected or claimed, arising out of any breach by you or any other user of your Program account, whether or not such user has your permission, of this Affiliate Agreement. La Touraine reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you. In such event, you shall cooperate as fully as is reasonably required in the defense of any claim.

XIII. Miscellaneous.

A. Entire Agreement. This Affiliate Agreement constitutes the entire agreement between the parties and supersedes all prior agreements and understandings with respect to the subject matter hereof.

B. Modification. La Touraine reserves the right to unilaterally modify the terms and conditions of this Affiliate Agreement at any time. You agree that any and all modifications to this Affiliate Agreement are effective immediately upon posting on our web site or by notifying you through your Program account currently on file. Any modified version supersedes any prior versions immediately upon such notice, and any prior versions are of no continuing legal effect unless the modified version specifically provides otherwise. IF ANY MODIFICATION IS UNACCEPTABLE TO YOU, YOUR ONLY RECOURSE IS TO TERMINATE THIS AFFILIATE AGREEMENT AND WITHDRAW FROM THE PROGRAM. YOUR CONTINUED PARTICIPATION IN THE PROGRAM FOLLOWING OUR POSTING OF A REVISED AFFILIATE AGREEMENT, OR NOTIFYING YOU THROUGH YOUR AFFILIATE ACCOUNT, SHALL CONSTITUTE YOUR BINDING ACCEPTANCE OF SUCH MODIFICATION.

C. Severability. Should any provision of this Affiliate Agreement be invalid, illegal, or unenforceable in any respect, such provision shall not affect the validity and enforceability of any other part of this Affiliate Agreement.

XIV. Disputes.

A. Governing Law. This Affiliate Agreement shall be governed by and construed in accordance with the laws of the State of California without giving effect to the principles of conflict of laws. This Affiliate Agreement is deemed by the parties to have been executed and delivered in San Diego, California.

B. Forum Selection. The parties hereto agree and consent to personal jurisdiction in the State of California for all actions or proceedings arising in connection with this Affiliate Agreement and further agree that such actions or proceedings shall be tried and litigated exclusively in the State or Federal courts located in the County of San Diego, State of California. The aforementioned forum is intended by the parties to be mandatory and not permissive in nature, thereby precluding the possibility of litigation between the parties with respect to or arising out of this Affiliate Agreement in any jurisdiction other than that specified in this paragraph.

XV. Execution of Agreement.

A. Electronic Signatures. You are electronically signing this Affiliate Agreement by either selecting the "I Agree" button below and/or participating as an Affiliate in the Program. You understand and agree that this Affiliate Agreement may not be denied legal effect, validity, or enforceability solely because your electronic signature was used in its formation. You further understand and agree that electronic signatures and records are just as good as their paper equivalent, and therefore subject to the same legal scrutiny of authenticity that applies to paper documents.

# EXHIBIT B



July 17, 17

**SENT VIA EMAIL**
Ivan Varko
alex@sexlikereal.com

Re:     Termination of Affiliate Agreement(s)
        Take Down Demand for Copyrighted Material
        Take Down Demand for Trademark Material

Ivan Varko,

I represent La Touraine, Inc., ("LTI"), a Nevada corporation, as it's General Counsel.  LTI owns and operates an adult entertainment business, which maintains several subscription websites at various domains, including www.naughtyamerica.com, www.tonightsgirlfriend.com, and naughtyamericavr.com. A list of LTI's standalone subscription websites is attached hereto as Exhibit "A."

In connection therewith, LTI owns a number of trademarks registered with the USPTO, including, Naughty America®, Naughty America VR®, Tonight's Girlfriend®, and My Friend's Hot Mom®.  A list of LTI's registered trademarks is attached as Exhibit "B."  In addition, LTI owns over 6,000 U.S. copyrights for it's adult digital content.

In connection with the above, LTI operates the Naughty Revenue affiliate program (the "Program"), through which LTI pays a stipulated commission to its affiliates for their referral of paying customers to its subscription websites.   The affiliate relationship is governed by LTI's standard affiliate agreement (the "Affiliate Agreement").

The Affiliate Agreement includes the grant of a limited license to its affiliates to use of certain LTI-owned digital content, copyrights, trademarks, images, text, data, motion pictures, video clips, audio clips, advertising banners, hyperlinks and/or other information for the exclusive purpose of advertising, marketing, or promoting LTI's online services and products.

In or about 2008, You entered into an affiliate agreement with LTI, which opened the "daizzzy" affiliate account.  For purposes of this letter, "You" and Your shall refer to you personally, as well to as any other person, corporation, company, or other business entity, which directly or indirectly through one or more intermediaries is controlled by you or is under common control by you.

The daizzzy account is associated with various websites, including without limitation http://www.signbucksdaily.com/;    http://www.vrpornmovs.com/;    http://www.sexlikereal.com/; http://www.naughtyvirtualreality.com/;  http://www.vrporncount.com/;  http://www.bigtitvr.com/; http://www.hottiesvr.com/;         http://www.gearvrporns.com/;         http://www.vrfavs.com/; http://www.milfsexvr.com/;  and  http://www.gotoculustowatchporn.com/  (collectively, hereinafter, the "Daizzzy Network").

On July 10, 2017, LTI's affiliate manager wrote an email to You indicating the daizzzy account is in violation of the Affiliate Agreement, as well as LTI's trademarks and copyrights.  To date, You remain noncompliant with the Affiliate Agreement and continue to infringe upon LTI's trademarks and copyrights.  Accordingly, please be advised of the following:

- LTI hereby terminates any and all affiliate agreements by and between LTI and You, and/or relating to the daizzzy account, the Daizzzy Network, all related websites, and any mobile versions of the same.

- LTI hereby terminates any and all express or implied license(s) previously granted to You to use or display any and all of its copyrighted works and trademarks on the Daizzzy Network or any other network under your control.

- LTI hereby demands that You immediately cease and desist from all use of its copyrighted and trademarked content on the Daizzzy Network and take down from the Daizzzy Network and any other network under your control any and all digital content, videos, images, advertisements, data, motion pictures, video clips, audio clips, hyperlinks, anchor text, and promotional links incorporating the same.

- LTI further demands that, pursuant to Section VI. E. of the Affiliate Agreement, that You delete all copies of LTI's copyrighted and trademarked content that may reside on any computer system and/or website operated in connection with the Daizzzy Network or the daizzzy account.

- Finally, demand is hereby made that in removing the above referenced content from the Daizzzy Network, You remove all content titles, channels, channel names, URLs, meta tags, metadata, meta titles, and any invisible metadata used in connection with site rankings that include LTI's trademarks.

- To be clear, the above demands to remove LTI's copyrighted material and trademarks are made pursuant to Your affiliate relationship with LTI and under the Affiliate Agreement. You have direct knowledge of the existence of the material that is subject to the Affiliate Agreement. Therefore, it does not fall under the safe harbor provisions of the DMCA.

The unauthorized use of LTI's copyrighted works on the Daizzzy Network constitutes willful copyright infringement in violation of the United States Copyright Act (17 U.S.C, §101 *et seq.*). Liability for such copyright infringement includes actual damages and profits and statutory damages of up to one hundred and fifty thousand dollars ($150,000) per work (17 U.S.C. §504).

The above referenced use of LTI's trademarks constitutes a serious infringement of LTI's trademark rights. Such use, and any continued use, will subject You to liability under the U.S Trademark Act (15 U.S.C. §1051 *et seq.*), as well as analogous state laws. Such liability includes the remedies provided under such laws, e.g. injunctive relief (15 U.S.C. §1116), forced destruction of the infringing materials, monetary damages (15 U.S.C §1117), including actual damages, lost profits, increased or trebled damages, an accounting of Your profits, attorneys fees and costs. *3-14 Gilson on Trademarks § 14.03 (2017)*.

LTI cannot and will not tolerate such violations of its valuable intellectual property rights. Therefore, LTI demands that You immediately comply with the demands set forth in this letter and provide written assurances of Your compliance with these demands.

Unless we receive the requested written assurances of Your compliance with the demands in this letter by July 24, 2017, we will assume that You intend to continue with the infringing activities and the willful

and blatant disregard of LTI's rights.  In that case, Naughty America will pursue whatever actions and remedies may be necessary or appropriate to protect its rights.

Absent such full compliance, LTI reserves the right to take such further actions as it deems necessary, without further advance notice to You, in order to protect its interests.  This letter is sent without prejudice to any and all other rights LTI may have in this matter, all of which are hereby expressly reserved.

Sincerely,

LA TOURAINE, INC.

BY:  Kevin Kachman
ITS:  General Counsel

La Touraine, Inc. | 110 West A Street, Suite 900C, San Diego, CA 92101 | (p) 619.237.5014 | (f) 619.239.1983

# EXHIBIT C

| Title | Publication Date | Effective Date | Registration No. |
|---|---|---|---|
| 2 Chicks Same Time: Nikki Benz / Jaclyn Taylor / Marco Ducati | 7/2/2015 8:59 | 9/23/2015 | PA0001974955 |
| Naughty Office: Nicole Aniston / Chad White | 7/17/2015 8:59 | 9/23/2015 | PA0001974953 |
| My Friend's Hot Mom: Julia Ann / Tyler Nixon 4 | 7/24/2015 8:59 | 9/23/2015 | PA0001974902 |
| I Have A Wife: Mia Malkova / Danny Mountain | 7/31/2015 8:59 | 9/23/2015 | PA0001972468 |
| My First Sex Teacher: Jillian Janson / Julia Ann / Chad White | 8/7/2015 8:59 | 9/23/2015 | PA0001972470 |
| Naughty Bookworms: Alexis Adams / Ryan Mclane | 8/14/2015 8:59 | 9/23/2015 | PA0001974856 |
| My First Sex Teacher: Audrey Bitoni / Ryan Mclane | 8/19/2015 8:59 | 9/23/2015 | PA0001974859 |
| Naughty Rich Girls: Abigail Mac / Chad White | 8/24/2015 8:57 | 9/23/2015 | PA0001974849 |
| My First Sex Teacher: Audrey Bitoni / Xander Corvus | 8/31/2015 8:59 | 9/23/2015 | PA0001974850 |
| 2 Chicks Same Time: Luna Star / Nina Elle / Chad White | 9/10/2015 8:58 | 9/23/2015 | PA0001974851 |
| Naughty America: Abella Danger / Xander Corvus | 9/16/2015 8:58 | 9/23/2015 | PA0001974852 |
| Neighbor Affair: Karla Kush / Ryan Mclane | 9/23/2015 8:59 | 12/21/2015 | PA0001996850 |
| My Friend's Hot Girl: Mia Malkova / Xander Corvus | 9/30/2015 8:58 | 12/21/2015 | PA0001996849 |
| My First Sex Teacher: Jillian Janson / Julia Ann / Moe "the Monster" Johnson | 10/7/2015 8:59 | 12/21/2015 | PA0001996846 |
| Naughty America: Christiana Cinn / Xander Corvus | 10/14/2015 8:58 | 1/4/2016 | PA0001994728 |
| Naughty America: Cassidy Klein / Danny Mountain | 10/21/2015 8:59 | 1/4/2016 | PA0001994729 |
| Naughty America: Christiana Cinn / Xander Corvus | 10/28/2015 8:57 | 1/4/2016 | PA0001994730 |
| Naughty America: Rachel Roxxx / Chad White | 11/4/2015 9:59 | 1/4/2016 | PA0001994731 |
| Naughty America: Kagney Linn Karter / Chad White | 11/11/2015 9:59 | 1/4/2016 | PA0001994732 |
| Naughty America: Ava Addams / Xander Corvus | 11/18/2015 9:59 | 2/16/2016 | PA0001986346 |
| Naughty America: Nina North / Chad White. | 11/25/2015 9:57 | 2/16/2016 | PA0001987578 |
| Naughty America: Remy LaCroix / Xander Corvus | 12/2/2015 9:59 | 2/16/2016 | PA0001987579 |
| Naughty America: Allie Haze / Chad White | 12/9/2015 9:57 | 2/16/2016 | PA0001987581 |
| Naughty America: Bridgette B. / Phoenix Marie / Danny Mountain | 12/16/2015 9:57 | 3/14/2016 | PA0001987576 |
| Naughty America: Rachel Starr / Xander Corvus | 12/23/2015 9:58 | 3/15/2016 | PA0001992551 |
| Naughty America: Anissa Kate / Xander Corvus | 12/30/2015 9:57 | 3/16/2016 | PA0001992550 |
| Naughty America: JoJo Kiss / Julia Ann / Samantha Hayes / Chad White | 1/6/2016 9:59 | 3/28/2016 | PA0001993294 |

| Title | Publication Date | Effective Date | Registration No. |
|---|---|---|---|
| Naughty America: Monique Alexander / Chad White | 1/13/2016 9:57 | 4/1/2016 | PA0001994821 |
| Naughty America: Julia Ann / Kimber Lee / Chad White | 1/20/2016 9:59 | 4/1/2016 | PA0001992994 |
| Naughty America: Casey Calvert / Brad Knight | 1/27/2016 9:57 | 4/1/2016 | PA0001993490 |
| Naughty America: Ava Addams / Xander Corvus 2 | 2/3/2016 9:59 | 4/13/2016 | PA0001994825 |
| Naughty America: Gracie Glam / Chad White | 2/12/2016 9:58 | 4/27/2016 | PA0002000141 |
| Naughty America: Kinsley Eden / Chad White | 2/17/2016 9:59 | 4/28/2016 | PA0001996883 |
| Naughty America: Aidra Fox / Alexis Monroe / Charles Dera | 2/24/2016 9:58 | 5/5/2016 | PA0001996803 |
| Naughty America: Kendra Lust / Chad White | 3/2/2016 9:57 | 5/5/2016 | PA0002000497 |
| Naughty America: Nikki Benz / Chad White | 3/9/2016 9:59 | 2/8/2017 | PA0002017964 |
| Randy's Roadstop: Episode 6 - "From her ass to your mouth" | 3/15/2016 8:54 | 4/1/2016 | PA0001996917 |
| Randy's Roadstop: Episode 5 - "Shove my cock in your friend" | 3/15/2016 8:55 | 9/27/2016 | PA0002001691 |
| Randy's Roadstop: Episode 4 - "I love the way you stretched my ass" | 3/15/2016 8:56 | 3/28/2016 | PA0001996912 |
| Randy's Roadstop: Episode 3 - "We both sucked his dick together" | 3/15/2016 8:57 | 3/18/2016 | PA0001996908 |
| Randy's Roadstop: Episode 2 - "You are just taking photos though, right?" | 3/15/2016 8:58 | 3/18/2016 | PA0001996905 |
| Randy's Roadstop: Episode 1 - "I came here for the money" | 3/15/2016 8:59 | 3/18/2016 | PA0001996897 |
| Naughty America: Elsa Jean / Kate England / Tali Dova / Brad Knight | 3/18/2016 0:03 | 6/9/2016 | PA0002007666 |
| Naughty America: Liza Rowe / Brad Knight | 3/23/2016 7:03 | 6/9/2016 | PA0002007980 |
| Naughty America: Natasha Nice / Charles Dera | 3/30/2016 7:03 | 6/10/2016 | PA0002008810 |
| Naughty America: Jessa Rhodes / Charles Dera | 4/8/2016 7:03 | 6/10/2016 | PA0002005591 |
| Naughty America: JoJo Kiss / Sydney Cole / Xander Corvus | 4/24/2016 7:02 | 8/1/2016 | PA0002007985 |
| Naughty America: Leah Gotti / Preston Parker | 4/24/2016 7:03 | 7/21/2017 | PA0002007976 |
| Naughty America: August Ames / Karlee Grey / Keisha Grey / Layla London / Prestor | 4/30/2016 7:02 | 8/1/2016 | PA0002007991 |
| Naughty America: August Ames / Chad White | 5/7/2016 7:01 | 8/2/2016 | PA0002024571 |
| Naughty America: Lana Rhoades / Chad White | 5/13/2016 7:02 | 8/5/2016 | PA0002024666 |
| Naughty America: Katrina Jade / Ryan Driller | 5/20/2016 7:02 | 8/15/2016 | PA0002025607 |
| Naughty America: Adriana Chechik / Jennifer White / Chad White | 5/27/2016 7:02 | 8/15/2018 | PA0002025701 |
| Naughty America: Kayla Kayden / Chad White | 6/4/2016 7:00 | 8/18/2016 | PA0002028201 |
| Naughty America: Allie Haze / Rachel Starr / Preston Parker | 6/10/2016 7:02 | 8/19/2016 | PA0002029660 |

| Title | Publication Date | Effective Date | Registration No. |
|---|---|---|---|
| Naughty America: Kendall Kayden / Kimmy Granger / Chad White | 6/17/2016 7:01 | 8/30/2016 | PA0002029882 |
| Real Teens VR: Elsa Jean / Chad White | 6/23/2016 7:00 | 9/30/2016 | PA0002029941 |
| Real Teens VR: Zoe Parker / Preston Parker | 6/23/2016 7:01 | 9/30/2016 | PA0002029942 |
| Real Teens VR: JoJo Kiss / Ryan Mclane | 6/23/2016 7:02 | 9/30/2016 | PA0002029943 |
| Real Teens VR: Joseline Kelly / Preston Parker | 6/23/2016 7:03 | 9/30/2016 | PA0002029945 |
| Real Teens VR: Lucy Doll / Chad White | 6/23/2016 7:04 | 9/30/2016 | PA0002029957 |
| Real Teens VR: Chloe Couture / Preston Parker | 6/23/2016 7:05 | 9/30/2016 | PA0002030322 |
| Naughty America: Brandi Love / Chad White | 6/24/2016 7:02 | 8/30/2016 | PA0002030386 |
| Naughty America: Alex Grey / Chad White | 7/1/2016 7:01 | 9/20/2016 | PA0002033309 |
| Real Teens VR: Kinsley Eden | 7/1/2016 7:01 | 9/20/2016 | PA0002033572 |
| Naughty America: Nicole Aniston / Ryan Driller | 7/4/2016 7:02 | 9/15/2016 | PA0002033568 |
| Real Teens VR: Kylie Page | 7/8/2016 7:01 | 9/15/2016 | PA0002033297 |
| Naughty America: Julia Ann / Chad White | 7/15/2016 7:03 | 10/5/2016 | PA0002046612 |
| Real Teens VR: Peyton Robbie | 7/15/2016 8:01 | 10/5/2016 | PA0002051677 |
| Real Teens VR: Scarlett Sage | 7/22/2016 7:01 | 11/15/2016 | PA0002035985 |
| Naughty America: Melissa Moore / Riley Reid / Buddy Hollywood | 7/22/2016 7:03 | 11/15/2016 | PA0002034282 |
| Real Teens VR: CeCe Capella | 7/29/2016 7:01 | 11/29/2016 | PA0002035658 |
| Naughty America: Layla London / Ryan Driller | 7/29/2016 7:03 | 11/28/2016 | PA0002035653 |
| Real Teens VR: Liza Rowe | 8/5/2016 7:01 | 11/3/2016 | PA0002034768 |
| Naughty America: India Summer / Tony De Sergio | 8/5/2016 7:03 | 11/15/2016 | PA0002035246 |
| Naughty America: Dani Daniels / Ryan Driller | 8/10/2016 7:01 | 11/11/2016 | PA0002034769 |
| Real Teens VR: Ashlee Mae | 8/12/2016 7:01 | 11/10/2016 | PA0002034753 |
| Naughty America: Janice Griffith / Van Wylde | 8/15/2016 7:03 | 11/10/2016 | PA0002036378 |
| Real Teens VR: Lily Jordan | 8/19/2016 7:01 | 11/16/2016 | PA0002035718 |
| Naughty America: Jill Kassidy / Preston Parker | 8/19/2016 7:01 | 11/16/2016 | PA0002035128 |
| Real Teens VR: Maya Bijou | 8/26/2016 7:01 | 11/21/2016 | PA0002035710 |
| Naughty America: Eva Notty / Chad White | 8/26/2016 7:02 | 11/18/2016 | PA0002035701 |
| Dirty Wives Club: Phoenix Marie / Bill Bailey | 8/31/2016 7:00 | 11/21/2016 | PA0002035714 |
| Real Teens VR: Shane Blair | 9/2/2016 7:01 | 12/2/2016 | PA0002035562 |

| Title | Publication Date | Effective Date | Registration No. |
|---|---|---|---|
| Naughty America: Luna Star / Ryan Driller | 9/3/2016 7:00 | 12/2/2016 | PA0002035563 |
| Naughty America: Brooke Brand / Preston Parker | 9/8/2016 7:15 | 12/7/2016 | PA0002035566 |
| Naughty Bookworms: Kylie Page / Tony De Sergio | 9/9/2016 7:01 | 12/7/2016 | PA0002035564 |
| Real Teens VR: Violet Starr | 9/11/2016 7:01 | 12/10/2016 | PA0002035548 |
| My Friend's Hot Mom: Kendra Lust /Chad White | 9/14/2016 7:00 | 12/10/2016 | PA0002035544 |
| Naughty America: Jessa Rhodes / Ryan Mclane | 9/16/2016 7:03 | 12/10/2016 | PA0002035507 |
| Real Teens VR: Iris Rose | 9/17/2016 7:00 | 12/10/2016 | PA0002035545 |
| My Daughter's Hot Friend: Karter Foxx / Preston Parker | 9/21/2016 7:03 | 12/10/2016 | PA0002035506 |
| Naughty America: Harley Jade / Karla Kush / Ryan Driller | 9/23/2016 7:00 | 12/22/2016 | PA0002037609 |
| Real Teens VR: Peyton Coast | 9/23/2016 7:01 | 12/22/2016 | PA0002037623 |
| Naughty America: Megan Sage / Preston Parker | 9/28/2016 7:00 | 12/22/2016 | PA0002037626 |
| Real Teens VR: Ariel Grace | 9/30/2016 7:01 | 12/29/2016 | PA0002038058 |
| Naughty America: Natalia Starr / Preston Parker | 9/30/2016 7:03 | 12/29/2016 | PA0002038127 |
| Naughty Office: Mia Malkova / Chad White 2 | 10/5/2016 7:03 | 12/30/2016 | PA0002038120 |
| Real Teens VR: Alyssa Cole | 10/7/2016 7:01 | 12/30/2016 | PA0002038475 |
| My First Sex Teacher: Romi Rain / Ryan Driller | 10/7/2016 7:01 | 12/30/2016 | PA0002038206 |
| Naughty America: Megan Rain / Preston Parker | 10/11/2016 7:00 | 1/4/2017 | PA0002038453 |
| Real Teens VR: Aubrey Sinclair | 10/14/2016 7:01 | 1/4/2017 | PA0002038473 |
| Naughty America: Peta Jensen / Ryan Driller | 10/14/2016 7:03 | 1/4/2017 | PA0002039455 |
| My First Sex Teacher: Sara Jay / Ryan Driller | 10/17/2016 7:03 | 1/9/2017 | PA0002039451 |
| I Have A Wife: Dillion Harper / Damon Dice | 10/21/2016 7:00 | 1/9/2017 | PA0002039452 |
| Real Teens VR: Karly Baker | 10/21/2016 7:01 | 1/9/2017 | PA0002039454 |
| My Sister's Hot Friend: Keisha Grey / Ryan Driller | 10/24/2016 7:01 | 1/13/2017 | PA0002051889 |
| 2 Chicks Same Time: Jillian Janson / Niki Snow / Ryan Driller | 10/28/2016 7:03 | 1/13/2017 | PA0002051891 |
| Naughty America: Audrey Bitoni / Johnny Castle | 10/31/2016 7:03 | 1/18/2017 | PA0002051678 |
| Naughty America: Kleio Valentien / Preston Parker | 11/4/2016 7:00 | 1/18/2017 | PA0002051679 |
| My Sister's Hot Friend: Sydney Cole / Preston Parker | 11/7/2016 8:01 | 1/26/2017 | PA0002039604 |

| Title | Publication Date | Effective Date | Registration No. |
|---|---|---|---|
| My Girlfriend's Busty Friend: Ashley Adams / Ryan Driller | 11/11/2016 8:03 | 1/26/2017 | PA0002039918 |
| Naughty America: Nicole Aniston / Ryan Mclane | 11/14/2016 8:03 | 2/10/2017 | PA0002040098 |
| Naughty America: Rachel Starr / Van Wylde | 11/18/2016 8:02 | 2/10/2017 | PA0002040049 |
| Seduced By A Cougar: Brandi Love / Damon Dice | 11/21/2016 8:02 | 2/10/2017 | PA0002040056 |
| Naughty America: Kayla Kayden / Ryan Driller | 11/25/2016 8:03 | 2/10/2017 | PA0002040089 |
| My Friend's Hot Mom: Ava Addams / Preston Parker | 11/28/2016 8:03 | 2/23/2017 | PA0002051805 |
| I Have A Wife: Valentina Nappi / Damon Dice | 12/2/2016 8:03 | 2/23/2017 | PA0002051892 |
| My Friend's Hot Mom: Alexis Fawx / Logan Long | 12/5/2016 8:03 | 3/3/2017 | PA0002051898 |
| Naughty America: Carter Cruise / Seth Gamble | 12/9/2016 8:03 | 3/8/2017 | PA0002040766 |
| Naughty America: Olive / Damon Dice | 12/12/2016 8:03 | 3/9/2017 | PA0002040723 |
| Big Tits in VR: Natasha Nice | 12/15/2016 | 3/13/2017 | PA0002040633 |
| Big Tits in VR: Corinna Blake | 12/15/2016 | 3/13/2017 | PA0002040636 |
| Big Tits in VR: Keisha Grey | 12/15/2016 | 3/13/2017 | PA0002040638 |
| Big Tits in VR: Sheridan Love | 12/15/2016 | 3/13/2017 | PA0002042997 |
| Big Tits in VR: Angela White | 12/15/2016 | 3/13/2017 | PA0002042998 |
| Naughty America: Angela White / Seth Gamble | 12/16/2016 8:03 | 3/10/2017 | PA0002043001 |
| Naughty America: Brooklyn Chase / Chad White | 12/19/2016 8:03 | 3/14/2017 | PA0002042975 |
| Naughty America: Megan Rain / Seth Gamble | 12/23/2016 8:03 | 3/21/2017 | PA0002042983 |
| Naughty America: Nikki Delano / Chad White | 12/26/2016 8:03 | 3/23/2017 | PA0002043002 |
| Naughty America: Karla Kush/Kendall Kayden/Mia Malkova/Sydney Cole/Charles De | 12/31/2016 8:03 | 3/28/2017 | PA0002043014 |
| Naughty America: Kimmy Granger / Chad White | 1/2/2017 8:03 | 3/28/2017 | PA0002042739 |
| Naughty America: Alex Harper / Logan Pierce | 1/6/2017 8:03 | 3/28/2017 | PA0002042606 |
| Naughty America: Abella Danger / Jada Stevens / Charles Dera | 1/9/2017 8:03 | 4/5/2017 | PA0002043040 |
| Naughty America: Nicole Aniston / Ryan Driller 3 | 1/13/2017 8:03 | 4/5/2017 | PA0002043025 |
| Naughty America: Sheridan Love / Ryan Driller | 1/16/2017 8:03 | 4/10/2017 | PA0002043055 |
| Naughty America: Julia Ann / Van Wylde | 1/20/2017 8:03 | 4/10/2017 | PA0002043075 |

| Title | Publication Date | Effective Date | Registration No. |
|---|---|---|---|
| Naughty America: Arya Fae / Seth Gamble | 1/23/2017 8:03 | 4/12/2017 | PA0002045854 |
| Naughty America: Jynx Maze / Charles Dera | 1/27/2017 8:02 | 4/12/2017 | PA0002045861 |
| Naughty America: Kayla Kayden / Seth Gamble | 1/30/2017 8:03 | 4/28/2017 | PA0002047238 |
| Naughty America: Giselle Palmer / Ryan Driller | 2/3/2017 8:03 | 4/28/2017 | PA0002047246 |
| Naughty America: Sami Parker / Ryan Driller | 2/6/2017 8:03 | 5/8/2017 | PA0002048540 |
| Naughty America: Elsa Jean / Charles Dera | 2/10/2017 8:03 | 5/11/2017 | PA0002048529 |
| Naughty America: Reagan Foxx / Charles Dera | 2/13/2017 8:03 | 5/12/2017 | PA0002048535 |
| Naughty America: Marica Hase / Preston Parker | 2/17/2017 8:03 | 5/17/2017 | PA0002050012 |
| Naughty America: Ashley Adams / Ryan Driller | 2/20/2017 8:03 | 5/19/2017 | PA0002049708 |
| Naughty America: Aubrey Sinclair / Charles Dera | 2/24/2017 8:03 | 5/25/2017 | PA0002049716 |
| Naughty America: Eva Lovia / Ryan Driller | 3/3/2017 8:03 | 5/26/2017 | PA0002049727 |
| Naughty America: Rachel Starr / Preston Parker | 3/5/2017 8:03 | 5/25/2017 | PA0002049732 |
| Naughty America: Richelle Ryan / Prince Yahshua | 3/9/2017 8:04 | 6/1/2017 | PA0002050752 |
| Naughty America: Katrina Jade / Damon Dice | 3/10/2017 8:03 | 6/1/2017 | PA0002051068 |
| Naughty America: Sarah Vandella / Damon Dice | 3/13/2017 7:03 | 6/7/2017 | PA0002051653 |

# EXHIBIT D

| Name | Date of Registration | Registration Number | First Use in Commerce |
|---|---|---|---|
| Naughty America | 9/22/2015 | 4818993 | 10/22/2003 |
| Naughty America | 7/18/2006 | 3116202 | 9/12/2003 |
| Naughty America | 7/25/2006 | 3119341 | 10/10/2004 |
| Naughty America | 3/2/0210 | 3755195 | 12/1/2009 |
| Naughty America | 5/31/2005 | 2958444 | 10/22/2003 |
| Naughty America VR | 6/21/2016 | 4981838 | 7/2/2015 |
| Naughty America VR | 11/29/2016 | 5089348 | 7/2/2015 |
| PSE | 5/15/2018 | 5471648 | 5/26/2017 |
| My Friend's Hot Mom | 3/14/2006 | 3068289 | 12/5/2003 |
| My Girlfriend's Busty Friend | 9/16/2014 | 4605110 | 4/24/2012 |
| My First Sex Teacher | 3/27/2007 | 3222533 | 9/1/2003 |
| Naughty Bookworms | 3/27/2007 | 3222530 | 7/1/2005 |
| 2 Chicks Same Time | | | 5/3/2008 |
| Naughty Office | 3/27/2007 | 3222532 | 8/1/2004 |
| Dirty Wives Club | 7/1/2014 | 4561528 | 8/7/2013 |
| My Sister's Hot Friend | 4/3/2007 | 3224899 | 12/27/2004 |
| I Have a Wife | | | 2/28/2008 |
| Randy's Roadstop | 11/8/2016 | 5077010 | 3/15/2016 |
| Real Teens VR | 7/25/2017 | 5252704 | 3/15/2016 |

# EXHIBIT E

| URL | Scene | Publication Date | Effective Date of Registration | Registration No. |
|---|---|---|---|---|
| http://www.nikkibenzvr.com/virtualreality/scene/id/2-Nikki%20Benz%20%26%20Jaclyn%20Taylor%20in%202%20Chick | 2CST Nikki Benz/Jaclyn Taylor/Marco Ducati | 7/2/2015 | 9/23/2015 | PA0001974955 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1-Julia%20Ann%20%26%20Tyler%20Nixon%20in%20My%20Fri | MFHM Julia Ann/Tyler Nixon 4 | 7/24/2015 | 9/23/2015 | PA0001974902 |
| http://www.jillianjansonvr.com/virtualreality/scene/id/77-Be%20The%20BIG%20DICK!%20-%20New%20Virtual%20Por | NAM Jillian Janson/Julia Ann/Chad White | 8/7/2015 | 9/23/2015 | PA0001972470 |
| http://www.alexisadamsvr.com/virtualreality/scene/id/84-Alexis%20Adams%20In%20Naughty%20Bookworms | NBW Alexis Adams/Ryan Mclane | 8/14/2015 | 9/23/2015 | PA0001974856 |
| http://www.veronicaavluvvr.com/virtualreality/scene/id/85-Audrey%20Bitoni%20in%20Be%20Her%20Student | MFST Audrey Bitoni/Ryan Mclane | 8/19/2015 | 9/23/2015 | PA0001974859 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/91-Audrey%20Bitoni%20In%20The%20Bad%20Student | MFST Audrey Bitoni/Xander Corvus | 8/31/2015 | 9/23/2015 | PA0001974850 |
| http://www.ninaellevr.com/virtualreality/scene/id/94-Luna%20Star,%20Nina%20Elle%20In%202%20Chicks%20Same% | 2CST Luna Star/Nina Elle/Chad White | 9/10/2015 | 9/23/2015 | PA0001974851 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/97-Abella%20Danger%20In%20Naughty%20America | NAM Abella Danger/Xander Corvus | 9/16/2015 | 9/23/2015 | PA0001974852 |
| http://www.karlakushvr.com/virtualreality/scene/id/105-Karla%20Kush%20In%20Neighbor%20Affair | NAF Karla Kush/Ryan Mclane | 9/23/2015 | 12/21/15 | PA0001996850 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/121-Jillian%20Janson.%20Julia%20Ann%20In%20My%20First% | MFST Jillian Janson/Julia Ann/Moe "the Monster" Johnson | 10/7/2015 | 12/21/2015 | PA0001996846 |
| http://www.christianacinnvr.com/virtualreality/scene/id/140-Christiana%20Cinn%20In%20Bangin%27%20Breakfast | NAM Christiana Cinn/Xander Corvus | 10/28/2015 | 1/4/2016 | PA0001994730 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/149-Kagney%20Linn%20Karter%20in%20Put%20Your%20Naughty%20N | NAM Kagney Linn Karter/Chad White | 11/11/2015 | 1/4/2016 | PA0001994732 |
| http://www.ninanorthvr.com/virtualreality/scene/id/155-Nina%20North%20In%20Be%20Her%20First | NAM Nina North/Chad White | 11/25/2015 | 2/16/2016 | PA0001987578 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/164-Remy%20LaCroix%20in%20Assercise | NAM Remy La Croix/Xander Corvus | 12/2/2015 | 2/16/2016 | PA0002051653 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/188-Bridgette%20B.%20%26%20Phoenix%20Marie%20In%20Ho | NAM Bridgette B./Phoenix Marie/Danny Mountain | 12/16/2015 | 3/14/2016 | PA0001987576 |
| http://www.jojokissvr.com/virtualreality/scene/id/226-JoJo%20Kiss.%20Julia%20Ann%20%26%20Samantha%20Hayes | NAM JoJo Kiss/Julia Ann/Samantha Hayes/Chad White | 1/6/2016 | 3/28/2016 | PA0001993294 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/232-Monique%20Alexander%20In%20The%20Happy%20Hour% | NAM Monique Alexander/Chad White | 1/13/2016 | 4/1/2016 | PA0001994821 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/250-Julia%20Ann%20%26%20Kimber%20Lee%20in%20I'm%20 | NAM Julia Ann/Kimber Lee/Chad White | 1/20/2016 | 4/1/2016 | PA0001992994 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/262-Casey%20Calvert%20In%20The%20Call%20Girl | NAM Casey Calvert/Brad Knight | 1/27/2016 | 4/1/2016 | PA0001993490 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/297-Aidra%20Fox%20In%20Be%20Alexis%20Monroe%20In%20Nau | NAM Aidra Fox/Alexis Monroe/Charles Dera | 2/24/2016 | 5/5/2016 | PA0001996803 |
| http://www.kendralustvr.com/virtualreality/scene/id/307-Kendra%20Lust%20In%20Naughty%20America | NAM Kendra Lust/Chad White | 3/2/2016 | 5/5/2016 | PA0002000497 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/316-Nikki%20Benz%20In%20Dr.%20Nikki%20Assologist | NAM Nikki Benz/Chad White | 3/9/2016 | 2/8/2017 | PA0002017964 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/337-Elsa%20Jean.%20Tali%20Dova.%20and%20Kate%20Engla | NAM Elsa Jean/Kate England/Tali Dova/Brad Knight | 3/18/2016 | 6/9/2016 | PA0002007666 |
| http://www.natashanicevr.com/virtualreality/scene/id/412-Natasha%20Nice%20%26%20Charles%20Dera%20in%20Na | NAM Natasha Nice/Charles Dera | 3/30/2016 | 6/10/2016 | PA0002008810 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/441-Jessa%20Rhodes%20in%20Wet%20Kitty | NAM Jessa Rhodes/Charles Dera | 4/8/2016 | 6/10/2016 | PA0002005591 |
| http://www.jojokissvr.com/virtualreality/scene/id/484-JoJo%20Kiss%20%26%20Sydney%20Cole%20%26%20Xander% | NAM JoJo Kiss/Sydney Cole/Xander Corvus | 4/24/2016 | 8/1/2016 | PA0002007985 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/485-Leah%20Gotti%2C%20Preston%20Parker%20In%20Bad%2 | NAM Leah Gotti/Preston Parker | 4/24/2016 | 7/21/2017 | PA0002007976 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/496-August%20Ames.%20Karlee%20Grey.%20Keisha%20Grey. | NAM August Ames/Karlee Grey/Keisha Grey/Layla London/Pre | 4/30/2016 | 8/1/2016 | PA0002007991 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/512-August%20Ames%20In%20Sexual%20Healing | NAM August Ames/Chad White | 5/7/2016 | 8/2/2016 | PA0002024571 |
| https://www.pornhub.com/view_video.php?viewkey=ph573f3c5da250f | NAM Katrina Jade/Ryan Driller | 5/20/2016 | 8/15/2016 | PA0002025607 |
| http://www.adrianachechikvr.com/virtualreality/scene/id/571-Adriana%20Chechik%20%26%20Jennifer%20White%20% | NAM Adriana Chechik/Jennifer White/Chad White | 5/27/2016 | 8/15/2016 | PA0002025701 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/618-Kayla%20Kayden%20%26%20Chad%20White%20in%20Sh | NAM Kayla Kayden/Chad White | 6/4/2016 | 8/18/2016 | PA0002028201 |
| http://www.stellacoxvr.com/virtualreality/scene/id/637-Allie%20Haze%20%26%20Rachel%20Starr%20%26%20Preston | NAM Allie Haze/Rachel Starr/Preston Parker | 6/10/2016 | 8/19/2016 | PA0002029660 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/657-Kendall%20Kayden%20and%20Kimmy%20Granger%20In% | NAM Kendall Kayden/Kimmy Granger/Chad White | 6/17/2016 | 8/30/2016 | PA0002029882 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/731-Alex%20Grey%20%26%20Chad%20White%20in%20You% | NAM Alex Grey/Chad White | 7/1/2016 | 9/20/2016 | PA0002033309 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/746-Nicole%20Aniston%20%26%20Ryan%20Driller%20In%20A | NAM Nicole Aniston/Ryan Driller | 7/4/2016 | 9/15/2016 | PA0002033568 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/790-Julia%20Ann%20In%20Your%20Friend's%20Hot%20Mom | NAM Julia Ann/Chad White | 7/15/2016 | 10/5/2016 | PA0002046612 |
| http://www.melissamoorevr.com/virtualreality/scene/id/812-Balls%20Deep | NAM Melissa Moore/Riley Reid/Buddy Hollywood | 7/22/2016 | 11/15/2016 | PA0002034282 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/842-Layla%20London%20In%20My%20Boss%20Blows | NAM Layla London/Ryan Driller | 7/29/2016 | 11/28/2016 | PA0002035653 |
| https://www.pornhub.com/view_video.php?viewkey=ph579b599fb9e00 | RTVR CeCe Capella | 7/29/2016 | 11/29/2016 | PA0002035658 |
| http://www.stellacoxvr.com/virtualreality/scene/id/866-India%20Summer%20In%20Rubbitt%20Casual%20Encounter | NAM India Summer/Tony De Sergio | 8/5/2016 | 11/15/2016 | PA0002035246 |
| https://www.pornhub.com/view_video.php?viewkey=ph57a4aa6878287 | RTVR Liza Rowe | 8/5/2016 | 11/3/2016 | PA0002034768 |
| http://www.danidanielsvr.com/virtualreality/scene/id/883-Dani%20Daniels%20In%20Next%20Door%20Dani | NAM Dani Daniels/Ryan Driller | 8/10/2016 | 11/11/2016 | PA0002034769 |
| http://www.janicegriffithvr.com/virtualreality/scene/id/907-Janice%20Griffith%20In%20The%20Cam%20Girl | NAM Janice Griffith/Van Wylde | 8/15/2016 | 11/10/2016 | PA0002036378 |
| https://www.pornhub.com/view_video.php?viewkey=ph57b6f8fc87770 | NAM Jill Kassidy/Preston Parker | 8/19/2016 | 11/16/2016 | PA0002035128 |
| https://www.pornhub.com/view_video.php?viewkey=ph57b6f86d111f0 | RTVR Lily Jordan | 8/19/2016 | 11/16/2016 | PA0002035718 |

| URL | Scene | Publication Date | Effective Date of Registration | Registration No. |
|---|---|---|---|---|
| http://www.ashleyadamsvr.com/virtualreality/scene/id/954-Eva%20Notty%20In%20Baggin'%20the%20Milf | NAM Eva Notty/Chad White | 8/26/2016 | 11/18/2016 | PA0002035701 |
| https://www.pornhub.com/view_video.php?viewkey=ph57c02e2324df1 | RTVR Maya Bijou | 8/26/2016 | 11/21/2016 | PA0002035710 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1006-Kylie%20Page%20In%20Naughty%20Bookworms | NBW Kylie Page/Tony De Sergio | 9/9/2016 | 12/7/2016 | PA0002035564 |
| http://www.kendralustvr.com/virtualreality/scene/id/1026-Kendra%20Lust%20In%20My%20Friend's%20Hot%20Mom | MFHM Kendra Lust/Chad White | 9/14/2016 | 12/10/2016 | PA0002035544 |
| http://www.jessarhodesvr.com/virtualreality/scene/id/1035-Jessa%20Rhodes%20In%20a%20Pornstar%20Girlfriend | NAM Jessa Rhodes/Ryan Mclane | 9/16/2016 | 12/10/2016 | PA0002035507 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1082-Harley%20Jade%20%26%20Karla%20Kush%20In%20Nau | NAM Harley Jade/Karla Kush/Ryan Driller | 9/23/2016 | 12/22/2016 | PA0002037609 |
| http://www.megansagevr.com/virtualreality/scene/id/1099-Megan | NAM Megan Sage/Preston Parker | 9/28/2016 | 12/22/2016 | PA0002037626 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1109-Natalia%20Starr%20In%20Closing%20the%20Deal | NAM Natalia Starr/Preston Parker | 9/30/2016 | 12/29/2016 | PA0002038127 |
| http://www.miamalkovavr.com/virtualreality/scene/id/1154-Mia%20Malkova%20In%20Naughty%20Office | NO Mia Malkova/Chad White 2 | 10/5/2016 | 12/30/2018 | PA0002038120 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1161-Romi%20Rain%20In%20My%20First%20Sex%20Teacher | MFST Romi Rain/Ryan Driller | 10/7/2016 | 12/30/2016 | PA0002038206 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1198-Peta%20Jensen | NAM Peta Jensen/Ryan Driller | 10/14/2016 | 1/4/2017 | PA0002039455 |
| http://www.dillionharpervr.com/virtualreality/scene/id/1240-Dillion%20Harper%20In%20I%20Have%20A%20Wife | IHW Dillion Harper/Damon Dice | 10/21/2016 | 01/09/2017 | PA0002039452 |
| http://www.keishagreyvr.com/virtualreality/scene/id/1253-Keisha%20Grey%20In%20My%20Sister's%20Hot%20Friend | MSHF Keisha Grey/Ryan Driller | 10/24/2016 | 1/13/2017 | PA0002051889 |
| http://www.jillianjansonvr.com/virtualreality/scene/id/1297-Nikki%20Snow%20And%20Jillian%20Janson%20In%202%2 | 2CST Jillian Janson/Niki Snow/Ryan Driller | 10/28/2016 | 1/13/2017 | PA0002051891 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1308-Audrey%20Bitoni%20In%20Trick%20Her%20Treat | NAM Audrey Bitoni/Johnny Castle | 10/31/2016 | 1/18/2017 | PA0002051678 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1374-Ashley%20Adams%20In%20Grillin%27%20My%20Girl%27 | MGBF Ashley Adams/Ryan Driller | 11/11/2016 | 1/26/2017 | PA0002039918 |
| http://www.nicoleanistonvr.com/virtualreality/scene/id/1406-Nicole%20Aniston%20In%20Hooking%20Up%20With%20T | NAM Nicole Aniston/Ryan Mclane | 11/14/2016 | 2/10/2017 | PA0002040098 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1426-Rachel%20Starr%20In%20Booty%20Basics | NAM Rachel Starr/Van Wylde | 11/18/2016 | 2/10/2016 | PA0002040049 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1487-Ava%20Addams%20In%20My%20Friend's%20Busty%20M | MFHM Ava Addams/Preston Parker | 11/28/2016 | 2/23/2017 | PA0002051805 |
| http://www.valentinanappivr.com/virtualreality/scene/id/1511-Valentina%20Nappi%20In%20Stuffing%20Cannoli%20Wit | IHW Valentina Nappi/Ryan Driller | 12/2/2016 | 2/23/2018 | PA0002051892 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1587-Carter%20Cruise%20In%20Hole%20In%20One | NAM Carter Cruise/Seth Gamble | 12/9/2016 | 3/8/2017 | PA0002040766 |
| http://www.evaloviavr.com/virtualreality/scene/id/1639-Brooklyn%20Chase%20In%20Caught%20Staring%20At%20My | NAM Brooklyn Chase/Chad White | 12/19/2016 | 3/14/2017 | PA0002042975 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1661-Megan%20Rain%20In%20Whatever%20It%20Takes | NAM Megan Rain/Seth Gamble | 12/23/2016 | 3/21/2017 | PA0002042983 |
| http://www.nikkidelanovr.com/virtualreality/scene/id/1676-Nikki%20Delano%20In%20Anally%20Challenged | NAM Nikki Delano/Chad White | 12/26/2016 | 3/23/2017 | PA0002043002 |
| http://www.miamalkovavr.com/virtualreality/scene/id/1720-Mia%20Malkova%2C%20Karla%20Kush%2C%20Sydney%2 | NAM Karla Kush/Kendall Kayden/Mia Malkova/Sydney Cole/Cl | 12/31/2016 | 3/28/2017 | PA0002043014 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1724-Kimmy%20Granger%20In%20Rack%20%26%20Balls | NAM Kimmy Granger/Chad White | 1/2/2017 | 3/28/2017 | PA0002042739 |
| http://www.cassidybanksvr.com/virtualreality/scene/id/1759-Alex%20Harper%20In%20A%20Hole%20Lotta%20Love | NAM Alex Harper/Logan Pierce | 1/6/2017 | 3/28/17 | PA0002042606 |
| http://www.nicoleanistonvr.com/virtualreality/scene/id/1811-Nicole%20Aniston%20In%20Face%20to%20Face | NAM Nicole Aniston/Ryan Driller 3 | 1/13/2017 | 4/5/2017 | PA0002043025 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/1822-Sheridan%20Love%20In%20Private%20Session | NAM Sheridan Love/Ryan Driller | 1/16/2017 | 4/10/2017 | PA0002043055 |
| http://www.juliaannvr.com/virtualreality/scene/id/1850-Julia%20Ann%20In%20Pitching%20A%20Tent%20With%20My% | NAM Julia Ann/Van Wylde | 1/20/2017 | 4/10/2017 | PA0002043075 |
| http://www.janicegriffithvr.com/virtualreality/scene/id/907-Janice%20Griffith%20In%20The%20Cam%20Girl | NAM Elsa Jean/Charles Dera | 2/10/2017 | 5/11/2017 | PA0002048529 |
| http://www.evaloviavr.com/virtualreality/scene/id/2152-Eva%20Lovia%20In%20Sin-Der%20o%20The%20Alternative%2 | NAM Eva Lovia/Ryan Driller | 3/3/2017 | 5/26/2017 | PA0002049727 |
| http://www.evaloviavr.com/virtualreality/scene/id/2227-Sarah%20Vandella%20In%20V%20For%20Vandella | NAM Sarah Vandella/Damon Dice | 3/13/2017 | 6/7/2017 | PA0002051653 |
| http://www.kyliepagevr.com/virtualreality/scene/id/2306-Spring%20Break%20The%20Party%202017 | NAM Kylie Page/Lana Rhoades/Lily Jordan/Ryan Driller | 3/26/2017 | 6/7/2017 | PA0002051458 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/2346-Lily%20Love%20In%20You%20Personal%20Pornstar | NAM Lily Love/Ryan Driller | 3/31/2017 | 6/9/2017 | PA0002053993 |
| http://www.brettrossivr.com/virtualreality/scene/id/2359-Brett%20Rossi%20In%20Roadside%20Assistance | NAM Brett Rossi/Ryan Driller | 4/2/2017 | 6/9/2017 | PA0002053977 |
| http://www.stellacoxvr.com/virtualreality/scene/id/2463-Lana%20Rhoades%20And%20Stella%20Cox%20In%20Sugar% | NAM Lana Rhoades/Stella Cox/Charles Dera | 4/17/2017 | 7/10/2017 | PA0002058448 |
| http://www.melissamoorevr.com/virtualreality/scene/id/2478-Melissa%20Moore%20In%20Wake%20And%20Bake | NAM Melissa Moore/Seth Gamble | 4/20/2017 | 7/10/17 | PA0002058453 |
| http://www.aidrafoxvr.com/virtualreality/scene/id/2501-Aidra%20Fox%20In%20Aidra%27s%20Secret | NAM Aidra Fox/Charles Dera | 4/24/2017 | 7/11/2017 | PA0002058452 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/2524-Cassidy%20Banks%20In%20The%20Big%20Deposit | NAM Cassidy Banks/Charles Dera | 4/28/2017 | 7/11/2016 | PA0002058451 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/2538-Aubrey%20Sinclair%20In%20Thonget | NAM Aubrey Sinclair/Seth Gamble | 5/1/2017 | 7/11/2017 | PA0002071549 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/2566-Whitney%20Wright%20In%20Afternoon%20Anal%20Affair | NAM Whitney Wright/Damon Dice | 5/5/2017 | 7/11/2017 | PA0002071506 |
| http://www.karleegreyvr.com/virtualreality/scene/id/2621-Karlee%20Grey%20In%20Anything%20Goes | NAM Karlee Grey/Justin Hunt/Richie Black | 5/12/2017 | 7/11/2017 | PA0002071528 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/2702-Ava%20Addams%20In%20PSE | NAM Ava Addams/Charles Dera | 5/22/2017 | 7/26/2017 | PA0002073715 |
| http://www.nicoleanistonvr.com/virtualreality/scene/id/2740-Nicole%20Aniston%20In%20PSE | NAM Nicole Aniston/Charles Dera | 5/26/2017 | 7/27/2017 | PA0002073720 |
| http://www.ashleyadamsvr.com/virtualreality/scene/id/2854-Lena%20Paul%20In%20After%20Hours | NAM Lena Paul/Charles Dera | 6/12/2017 | 8/9/2017 | PA0002074687 |
| http://www.evaloviavr.com/virtualreality/scene/id/3081-August%20Ames%20In%20PSE | NAM August Ames/Ryan Driller | 7/14/2017 | 8/25/2017 | PA0002077418 |

# EXHIBIT F



September 7, 18

**SENT VIA EMAIL AND FEDERAL EXPRESS**

Jon D. Cantor
Dykema
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

   RE:  V.R.S. Virtual Reality Technology LTD, dba SexLikeReal
       Trademark and Copyright Cease and Desist

Dear Mr. Cantor,

This letter is privileged under the provisions of California Civil Code section 47(b) and case law interpreting the same.  Further, this letter is privileged and inadmissible under the provisions of California Evidence Code § 1152 and Rule 408 of the Federal Rules of Evidence and case law pertaining thereto.

I represent La Touraine, Inc., dba Naughty America ("LTI"), a Nevada corporation, as it's General Counsel.  LTI owns and operates an adult entertainment business, which maintains several subscription websites at various domains, including <u>www.naughtyamerica.com</u> and <u>www.naughtyamericavr.com</u>.  A list of LTI's standalone subscription websites relevant to this letter (the "Sites") is attached hereto as Exhibit A.[1]

You represent Ivan Varko ("Varko").[2]  Varko is an owner of V.R.S. Virtual Reality Technology LTD, dba SexLikeReal, and various related entities and trade names.[3]  For purposes of this letter, "SLR" shall refer to Varko personally as well as any other person, corporation, company, or other business entity, which directly or indirectly, through one or more intermediaries is controlled by Varko or is under the common control of Varko or SLR.

In 2008, SLR and LTI entered into an affiliate marketing relationship, which generated minimal revenue for a number of years.  In July of 2015, LTI became one of the first adult entertainment companies to release virtual reality content for its customers.  LTI quickly established itself as a leading company in the field.  Shortly thereafter, SLR began to operate as LTI's affiliate for virtual reality content and business between the parties grew rapidly.

As early as May of 2017, if not earlier, SLR commenced systematically infringing upon LTI's valuable intellectual property rights, including without limitation over one hundred fifty (152) copyrighted works and at least ten (10) trademarks.  SLR did so for the purpose of building its own brand and content distribution business, at the expense of LTI.

In July of 2017, due to SLR's rampant infringement, LTI terminated its affiliate relationship with SLR and the limited intellectual property licenses related thereto.  In connection with such

---

[1] Warning: Please note that several exhibits to this letter contain sexually explicit images.
[2] LTI is informed and believes that Varko uses a number of aliases and is also known as John Deiz, John Daizy, John Deig, Alex Novak, and "daizzzy".
[3] LTI is informed and believes that Varko owns and/or controls the following entities: SDBGroup, InfoMediji d.o.o., DeoVR, WebEyeVR, and VR Stream, Inc.

termination, LTI made demand upon SLR to cease and desist from any and all use of LTI's valuable copyrights and trademarks and other intellectual property.

Following such termination, SLR made a claim against LTI for commissions allegedly owed under LTI's Affiliate Agreement. Further, SLR indicated that it had ceased its infringing activity and it requested LTI to re-establish the terminated affiliate business relationship. In response, LTI advised SLR that LTI's claims for damages based on SLR's blatant infringement upon its intellectual property rights needed to be addressed prior to resumption of the relationship. Through lengthy negotiations, the parties were unable to reach an accord and satisfaction.

In or about July 2018, you contacted me to inform me that [i] you were representing SLR; [ii] SLR was asserting a claim for affiliate commissions of approximately $70,000; and [iii] SLR desired to re-establish an affiliate business relationship with LTI. I advised you that SLR's relationship with LTI had been terminated due to breach of contract and intellectual property infringement, which needed to be addressed. Subsequent to that conversation, LTI discovered evidence that SLR's unauthorized use of LTI's intellectual property rights has never ceased and that it has, in fact, metastasized from content displayed on SLR owned and controlled websites to porn tube sites owned by third parties.

During our last conversation, you indicated that, absent an installment agreement to pay off the alleged $70,000 affiliate debt, SLR had instructed you to file suit in San Diego for monies allegedly owed under the Affiliate Agreement. I advised you that if your client were to do so, SLR may expect the filing of a claim or counter claim by LTI for copyright infringement, trademark infringement, violations of the Lanham Act, unfair competition and/or breach of contract. At that point, we agreed that I would put my concerns in writing.

Please be advised that SLR's unauthorized past use and continued use of LTI's copyrighted works on the Daizzzy Network and third party sites constitutes willful copyright infringement in violation of the United States Copyright Act. (17 U.S.C, §101 *et seq.*) Liability for such copyright infringement includes actual damages and profits and statutory damages of up to one hundred and fifty thousand dollars ($150,000) per work. (17 U.S.C. §504.)

The unauthorized past use and continued use of LTI's trademarks constitutes a serious infringement of LTI's trademark rights, which will expose SLR to liability under the U.S. Trademark Act as well as analogous state laws. (15 U.S.C. §1051 *et seq.*) Such liability includes, without limitation, the remedies provided under such laws, *e.g.* injunctive relief, forced destruction of the infringing materials, monetary damages, including actual damages, lost profits, increased or trebled damages, an accounting of SLR's profits, attorneys fees and costs. (See, 15 U.S.C. §§ 1116-1117; see also *3-14 Gilson on Trademarks § 14.03 (2017).)*

To date, LTI has not pursued its rights under the U.S copyright and trademark laws against SLR, due in part to its unfulfilled expectation that SLR would stop their infringing content and re-enter into a mutually beneficial affiliate business arrangement. Such reluctance was also due, in part, to the fact that Varko is a resident of Slovenia and SLR is a foreign entity with most of their assets located presumably outside of the United States. If, however, SLR were to follow through with its threats to

file suit against LTI in San Diego [and voluntarily submit to the jurisdiction of U.S. courts], then LTI would have no choice but to file suit against SLR in San Diego and seek whatever relief it may be entitled through pre-judgment and/or post judgment attachment of the assets owned by SLR and the monies owed to SLR in the United States. This would include affiliate commission owed to SLR by other adult entertainment companies.

LTI reserves the right to take such further actions as it deems necessary, without further advance notice to SLR, in order to protect its interests. This letter is sent without prejudice to any and all other rights LTI may have in this matter, all of which are hereby expressly reserved. SLR has threatened to file suit in order to collect an alleged debt. LTI has stated, in no uncertain terms, that if such suit is filed, LTI intends to file a lawsuit against SLR for copyright infringement, trademark infringement, violations of the Lanham Act, unfair competition and/or breach of contract. As such, SLR has a duty to preserve evidence. LTI hereby demands that SLR take action to preserve all potentially relevant ESI and to prevent the deletion or spoliation of any evidence.[4]

**DISCUSSION**

### a. Affiliate Relationship

In or about 2008, Varko entered into an affiliate agreement with LTI (the "Affiliate Agreement")[5], under which SLR created its "daizzzy" affiliate account[6]. Affiliate marketing is commonplace in the online adult entertainment industry and consists of independent third parties marketing the subscriptions, products, and services of an adult entertainment company (a "Paysite") in exchange for the payment of a commission based on sales of the same.

Generally, an affiliate places on its websites URLs that contain a string of alphanumeric text that uniquely identifies the affiliate, advertising campaign, and/or other tracking metric ("Promotional Link(s)"). A Promotional Link may appear to a website visitor as an image, text or an icon. When clicked by a user, the Promotional Link directs the user to a website that relates to the affiliate program. Promotional Links are designed to permit accurate tracking, reporting, and accrual of commissions for the Paysite and the affiliate.

For a number of years, SLR operated as an affiliate and sent small amounts of Internet traffic to LTI's Sites. Such traffic very infrequently converted to paid memberships ("Joins") for LTI. For example, during the period from January 2015 through the end of June 2015, SLR referred an average of approximately 20,000 visits per month to LTI's Sites. These visits accounted for a total of seventeen (17) Joins to LTI's Sites.

---

[4] See Section (e) Demand to Preserve Evidence, *infra*
[5] The Affiliate Agreement includes the grant of a *limited* license to its affiliates to use of certain LTI-owned digital content, copyrights, trademarks, images, text, data, motion pictures, video clips, audio clips, advertising banners, hyperlinks and/or other information for the *exclusive* purpose of advertising, marketing, or promoting LTI's online services and products.
[6] The daizzzy account is associated with various websites and a partial list of sites is attached hereto as Exhibit B (collectively, hereinafter, all sites owned or operated by SLR, whether known or unknown to LTI will be known as the "Daizzzy Network").

On July 2, 2015, LTI launched its virtual reality ("VR") content. The launch of this content represented an expensive and risky venture by LTI into an unproven sector of online adult entertainment. Apparently, SLR also sought to capitalize on this emerging market and began to direct its efforts at promoting VR. Thereafter, SLR significantly increased the amount of traffic and sales it referred to LTI-owned Sites.[7] In July 2015, SLR referred 44,091 visits to LTI's Sites, which generated 134 Joins.[8] SLR provided a total of 55,860 visits and 397 Joins to LTI Sites for January 2016.

### b.  Licensing Negotiations

In or about August 2016, SLR apparently changed its business model and began pitching to LTI and various third party producers to allow SLR to sell access to VR scenes on a video-on-demand ("VOD") basis. Under this proposal, SLR would host VR videos, SLR's payment processor would process users' purchases of VOD access to the videos, and SLR would collect all payments and distribute a portion to the content owner as a royalty/licensing fee. Such an arrangement would mark a complete reversal of the relationship to date, as LTI had previously hosted its full length content, selected payment processors and distributed commissions.

SLR was persistent in its efforts to recruit LTI for VOD, at one point writing that it was "obsessed" with doing so. In order to entice LTI, SLR offered to provide LTI with additional traffic from its sites in exchange for LTI providing full-length videos for SLR to offer via VOD. LTI has traditionally not embraced a licensing model, preferring to be the exclusive provider of its content. However, LTI was intrigued enough to draft a proposed custom license agreement that would facilitate the beginning of a licensing arrangement. LTI presented the custom agreement to SLR in February of 2017.

In April 2017, SLR rejected LTI's proposed custom agreement out of hand, but noted that it was "very good from a content owner perspective". SLR instead offered an extremely one-sided form agreement in favor of SLR that, among other objectionable terms, granted SLR an irrevocable license to use LTI's copyrights for any purpose, including the rights to "publication, display, sale and creation of derivative works" and the right to modify the licensing fees payable to LTI in SLR's sole discretion. While LTI was in the process of reviewing SLR's proposal, it conducted due diligence on SLR and the Daizzzy Network and discovered SLR's non-compliance with the Affiliate Agreement.

### c.  Breach of Contract and Intellectual Property Infringement

On or about May 9, 2017, as part of its due diligence for the licensing proposal, LTI's compliance department discovered that SLR had been operating outside the bounds of the Affiliate Agreement with respect to www.SexLikeReal.com. Rather than using LTI's copyrighted content and trademarks *exclusively* to promote and drive traffic to LTI's Sites, on an unknown date, SLR had

---

[7] Whois data indicates that www.SexLikeReal.com was created on July 24, 2015.
[8] Of those, zero (0) came from www.SexLikeReal.com. In August 2015, SLR's numbers climbed to 60,972 and 245 Joins and www.SexLikeReal.com provided 7,751 raw visits and 44 Joins. For the month of January 2016, www.SexLikeReal.com provided 21,852 raw visits and 340 Joins.

La Touraine, Inc. | 110 West A Street, Suite 900C, San Diego, CA 92101 | (p) 619.237.5014 | (f) 619.239.1983

begun to use such content and material to funnel the traffic towards toward downloading the SexLikeReal app with the ultimate goal of selling VOD access to third party VR content. Concurrent with LTI's discovery on non-compliance, LTI's affiliate department also noticed a significant decline in Joins referred by SLR, from 439 in December 2016 to 160 in April 2017. (Exhibit C.)

On or about May 11, 2017, LTI contacted SLR regarding LTI's concerns. SLR stated "We are shifting SexLikeReal towards pay per view model and are focusing on promoting our partners first on the site and application...as a result affiliate programs are getting lesser traffic from us all over the board. We would be happy to see NA on board. The sales are really awesome and people really like our product. NA is a missing part." SLR further stated that the decline in Joins to LTI sites coming from SLR were "something beyond our control".

In July of 2017, LTI conducted a review of SLR's sites to determine if SLR was in compliance with the Affiliate Agreement. It was not. In fact, SLR had made additional changes throughout the Daizzzy Network to further use LTI's valuable intellectual property to drive users toward purchasing third party VOD content and downloading SLR's apps, rather than driving traffic to LTI's Sites as was required as a condition of the license grants. (see Exhibit D.)

Over this timeframe, SLR had taken willful and intentional action to utilize LTI's cutting edge copyrighted content and well-known trademarks to increase SLR's own revenue while decreasing traffic and Joins sent to LTI. In addition to lining its pockets, SLR was attempting to leverage this decline in revenue to force LTI to agree to an unfair license of full-length content for inclusion in SLR's VOD service. Such conduct by SLR: (i) was in breach of the conditions of the Affiliate Agreement; (ii) used LTI's copyrights in excess of the scope of the license granted by the Affiliate Agreement; and (iii) was a willful and intentional violation of LTI's copyrights and trademarks.

Pursuant to the Affiliate Agreement, LTI granted to SLR a limited and revocable license to use certain of its trademarks, images and copyrighted videos, subject to express conditions. Section VI. of the Affiliate Agreement contained the license granted and listed some of the conditions:

> "A.     Grant of Limited License. Subject to La Touraine's acceptance of your Program application and your agreement to the terms and conditions of this Affiliate Agreement, you will be granted a limited, non-exclusive, royalty-free, non-transferable, non-assignable and revocable license during the term of this Affiliate Agreement to download and use on your site Licensed Content for the exclusive purpose of advertising, marketing, or promoting La Touraine's online services and products. This license is revocable by La Touraine at any time, in La Touraine's sole discretion, with or without prior notice.
>
> B.     Limitations on License. You may only use Licensed Content in accordance with the Agreement, on one computer at a time. If the Program makes copies of Licensed Content available, you may only download a single copy of such content on your hard disk and upload a single copy on your site. No further copies are permitted. You further agree to the following limitations and restrictions on your use of Licensed Content:
>
> (1)     Use Restrictions. You acknowledge and agree that any and all unauthorized access, viewing, downloading, receipt, duplication, or other use of Licensed Content in which you are directly or indirectly involved, shall constitute a material breach of the Agreement, intentional infringement(s) of La Touraine's and potentially others' trademarks, copyrights, intellectual property, and/or other rights including without limitation, the rights of privacy and publicity.

    (2)      Other Prohibited Actions. You acknowledge and agree that you are prohibited from:

    a.      modifying, translating, reverse engineering, decompiling, and/or disassembling Licensed Content;
    b.      creating derivative works based on Licensed Content;
    c.      renting, leasing, or transferring any rights in Licensed Content;
    d.      removing any proprietary notices or labels on Licensed Content; and
    e.      making any other unauthorized use of Licensed Content."

When you and I last spoke, you indicated that failure by SLR to adhere to the terms of the Affiliate Agreement might only be considered breach thereof and not copyright infringement. However, under the Affiliate Agreement, SLR explicitly agreed that the copyright license was for the *exclusive* purpose of promoting LTI, for use only on SLR's sites and that any unauthorized use would amount to, among other things, intentional infringement of LTI's copyrights and trademarks.

Further, the Ninth Circuit has been clear that a copyright holder may still sue for copyright infringement, even when such infringement is pursuant to a license agreement.

> "A copyright owner who grants a nonexclusive, limited license ordinarily waives the right to sue licensees for copyright infringement, and it may sue only for breach of contract." Sun I, 188 F.3d at 1121 (internal quotations omitted). However, if the licensee acts outside the scope of the license, the licensor may sue for copyright infringement. Id. (citing S.O.S., Inc. v. Payday, Inc., 886 F.2d 1081, 1087 (9th Cir. 1989)). Enforcing a copyright license "raises issues that lie at the intersection of copyright and contract law." Id. at 1122.

> We refer to contractual terms that limit a license's scope as "conditions," the breach of which constitute copyright infringement. Id. at 1120.[9]

The court went on to state:

> Consistent with this approach we have held that the potential for infringement exists only where the licensee's action (1) exceeds the license's scope (2) in a manner that implicates one of the licensor's exclusive statutory rights. See, e.g., Sun I, 118 F.3d at 1121-22 (remanding for infringement determination where defendant allegedly violated a license term regulating the creation of derivative works)[10]

SLR's actions exceeded the scope of the license, breached the conditions of the license and constitute copyright and trademark infringement.

### i.  Unauthorized Copying, Public Performance and Display

As noted below, LTI has recently located several clips of its copyrighted content included on various tube sites and branded as "Powered by SexLikeReal". This is an unauthorized use, unauthorized copying, unauthorized public performance and/or display of LTI's copyrighted content and a violation of LTI's trademarks and its exclusive rights in copyrighted works.   Representative examples of this unauthorized use are attached hereto as Exhibit E.

---

[9] MDY Indus., LLC v. Blizzard Entm't, Inc., 629 F.3d 928, 939
[10] Id. At 940

Page one of Exhibit E shows LTI's Real Teens VR scene starring Cece Capella in the video player. There is no mention of LTI, Naughty America, or Real Teens VR, instead the mark SexLikeReal is prominently displayed in the title. The clear intention is to associate LTI's content with SLR, in order to increase the value of the mark "SexLikeReal" in the minds of consumers. At that time, LTI did not distribute its VR content on tube sites and did not permit others to do so. In the related scenes below the video player, you can see the titles of various other videos that indicate "Powered by SexLikeReal". The first scene and second scenes listed, staring Janice Griffith and Dani Daniels, respectively, are both clips of scenes to which LTI holds the copyright. Again, there is no indication of such ownership by LTI (see Exhibit E).

Further, in uploading content to tube sites, SLR agreed to grant rights to LTI's content far in excess of the license SLR had been granted. By way of example, www.pornhub.com states that by uploading content the users (i.e. SLR) "grant the Websites a worldwide, irrevocable, perpetual, non-exclusive, royalty-free, sublicenseable and transferable license to use, exploit, reproduce, distribute, prepare derivative works of, display, communicate, and perform the Content in connection with the Websites's (*sic*) (and its successors' and affiliates') business, including without limitation for promoting and redistributing part or all of the Websites (and derivative works thereof) in any media formats and through any media channels." SLR had no authority to grant such a license and doing so far exceed the scope of the license granted to it by LTI. The copying, distribution and public performance of the content are exclusive rights of the copyright holder, in this case, LTI.

It appears that this unauthorized distribution commenced prior to LTI's termination of the Affiliate Agreement and that the infringement continues to this day. If the conduct occurred during the Affiliate Agreement, pursuant to SLR's explicit agreement under the Affiliate Agreement and under the analysis provided in Sun I and MDY v. Blizzard, supra, this breach of the agreement qualifies as willful and intentional copyright infringement. If it occurred after the agreement was terminated and since it persists, SLR cannot rely on the license to claim that its unauthorized use of LTI's intellectual property is merely a breach of contract.

### ii. Links to the Sites of Others

In addition to the unauthorized copying, public performance, display and distribution via tube sites, SLR also engaged in infringing conduct within the Daizzzy Network. Section V.E.(5) of the Affiliate Agreement provided in part:

> "Links to and Content of Others. You represent and agree that you will not use La Touraine's images, content, or promotional material to promote and/or link to any other site."

### 1. www.SexLikeReal.com

In the lower right hand corner of the SexLikeReal scene page (Exhibit F) is a large button, which states "Get SexLikeReal VR App". Customers of online adult entertainment content are aware that such a call to action indicates that by downloading the app, the user will have access to the full scene. At such times that SLR was operating within the bounds of the Affiliate Agreement and the conditions of LTI's license grant, this button read "Visit Naughty America for Full Video" and linked to a join page for www.NaughtyAmericaVR.com. SLR intentionally switched the content of this

button to divert traffic away from LTI's Sites and toward SLR's offers for third party VOD content. This was a breach of the conditions of LTI's license to SLR and copyright infringement.

Above the video player in Exhibit F, there is a hyperlink that reads "NaughtyAmerica VR (152) videos". Within the bounds of the Affiliate Agreement, this would also be a Promotional Link that drives a user to a join page on NaughtyAmericaVR.com. Instead, this leads the user to the Studio Page on www.SexLikeReal.com. The only links to LTI's sites were in the form of nearly imperceptible boxes, which were displayed in close proximity to larger, more enticing trademarks and/or calls to action. This conduct constitutes breach of the Affiliate Agreement as well as copyright and trademark infringement.

### 2.   Daizzzy Network

SLR's breach of the Affiliate Agreement and infringement of LTI's copyrights and trademarks ultimately occurred throughout the Daizzzy Network. For example, on www.VRPornUpdates.com, SLR displayed portions of LTI's copyrighted content and its trademarks in a manner that exceeded the scope of the license grant (Exhibit G).

If a user were to select the title of the video, the user would be redirected to www.SexLikeReal.com. Selection of the "NaughtyAmerica VR"[11] button would direct the user to the studio page of www.VRPornUpdates.com. Selection of the still image of the video would direct the user to a place to watch the trailer. The only link to LTI's Sites was a nondescript box located near more attractive options. This is one more example of SLR breaching the conditions of the Affiliate Agreement in a manner that constituted copyright infringement.

### iii.   Misrepresentation of Relationship

Section V.E.(2). of the Affiliate Agreement provided in part:

> "Misrepresentation of Relationship. You represent and agree that you will not misrepresent your contractual relationship with La Touraine or imply that any affiliation or relationship exists with La Touraine except as expressly provided in this Affiliate Agreement."

SLR willfully misrepresented its relationship with LTI when it created the false impression to its users that www.SexLikeReal.com contained LTI's full length content (see Exhibit H). Exhibit H includes a screen capture of the "Studio Page" for Naughty America on SLR's site www.SexLikeReal.com from July 2017. The Studio Page states that it has 153 of LTI's videos and lists a number of LTI's copyrighted videos in a thumbnail format, with each video indicating the full run time of the scenes. At that time, SLR was only permitted to use up to two-minute clips of LTI's content, but was selling access to full-length content for competing content providers.

Included in the thumbnails of videos is the still frame of the Naughty America VR scene "Voyeur" starring Violet Starr, with a reported run time of forty-seven minutes and fourteen seconds. If a user clicked on the still image, the user would be directed to a scene page. The scene page would

---

[11] Naughty America VR is a registered trademark of LTI, USPTO Registration Number 5089348

have another still image from the LTI content and a play button. Selection of the button would cause the player to play a two-minute clip of the relevant content. (see Exhibit F). As noted below, next to the player would be a call to action to download SLR's VR application, with the false implication that the user would get full access with such a download.

While there were certainly countless other infringements ongoing at that time, LTI had seen enough. On July 10, 2017, LTI wrote to SLR to end negotiations regarding VOD and to advise SLR that if they did not take immediate action to become compliant with the Affiliate Agreement, LTI would terminate the relationship.

### d. Termination of Affiliate Agreement

On July 17, 2017, LTI terminated the Affiliate Agreement via the Termination of Affiliate Agreement and Take Down Demand (the "Termination Notice") due to SLR's repeated breach of the covenants and conditions of the Affiliate Agreement, including SLR's infringement of no less than one hundred fifty-two (152) of LTI's copyrighted works as well as at least ten (10) trademarks. (A copy of the termination notice is attached hereto as Exhibit I).

In response to the Termination Notice, SLR acknowledged that the use was improper, apologized repeatedly and stated in an email that the breach and infringement never should have happened, but had been ongoing for at least two (2) months.

On September 12, 2017, LTI advised SLR that it had been damaged significantly and that due to the above-referenced infringement LTI had claims against SLR for statutory damages in an amount that could reach as high as $25 million. LTI asserted that such damages and claims must be addressed before resuming the relationship. At no time has LTI intended to simply walk away from its claims.

In response to LTI's statements regarding its damages, SLR indicated to LTI's in-house counsel that resumption of the relation would be impossible. That did not stop SLR from trying to resume the relationship. Days later, despite having been told to direct all communication in the matter to LTI's legal department, SLR wrote to an LTI employee in LTI's affiliate department and stated "Hey Mike. Looks like there's no issue any longer. Can we start working again on affiliate basis?"

### e. SLR's Attempts to Reconcile

Between LTI's termination the Affiliate Agreement in July of 2017 and the end of 2017, SLR contacted LTI no less than six (6) times trying to rekindle the relationship. In each of those overtures, there was no mention of SLR's claim to a debt. Rather, there was a consistent tone that SLR desired to work with LTI in any capacity acceptable to LTI. The first mention of the claimed debt was in January 2018, when SLR offered to drop any claim to a debt.

As your August 17, 2018 email to me shows, Varko opened communication with LTI's CEO on January 12, 2018 by offering (i) to eliminate any claimed affiliate debt and (ii) entering into an agreement to provide LTI 70% of revenue after processing fees. (see Exhibit J). It should be noted

that when the parties first negotiated for LTI to be a part of SLR's PPV platform, the parties had discussed a split of 50/50 of net revenue after processing.

### f.   Ongoing Infringement

After your firm contacted me on this matter, LTI conducted additional research into SLR's online activities.  Unfortunately, LTI has uncovered a series of ongoing infringements of its trademarks and copyrights, which are attributable to SLR.

LTI's research primarily consisted of various Google searches for LTI's content.  In very little time, it became clear that SLR's scheme to capture traffic and revenue on the backs of LTI's valuable intellectual property rights and to falsely associate LTI's intellectual property with SLR has shown success.   Representative examples of the pervasiveness and success of this strategy, as well as examples of the linked pages, are attached as Exhibit K.  SLR's infringing uses are repeatedly featured above LTI's legitimate uses on the first page of Google's search results.  SLR's efforts improperly captured search traffic by infringing on LTI's trademarks and causing confusion and creating a false association in consumers' minds between LTI's products and SLR.

### a.   Tube Infringement

As noted above, LTI is informed and believes that SLR has engaged in a campaign to distribute on various adult tube sites clips of LTI's copyrighted content that is branded as "Powered by SexLikeReal".  The distribution of these scenes via tube sites was not authorized by LTI in any way shape or form at any time, including under the Affiliate Agreement.

Further, the Affiliate Agreement (and, with it, any license for SLR to use LTI's copyrighted materials) was terminated over one (1) year ago. This use constitutes clear willful and intentional copyright infringement.  Representative examples of this use can be seen in Exhibit L, attached hereto.  Despite its ongoing efforts to routinely remove infringing content from tube sites, LTI has discovered at least ten (10) such SLR-branded uses still in existence.   The true number of such infringement almost certainly dwarfs that number.   A spreadsheet showing known instances is attached hereto as Exhibit (M).

### b.   Daizzzy Network Infringement

Additionally, LTI has discovered that SLR's infringing use of LTI's copyrights and trademarks across the Daizzzy Network was both more widespread than initially believed and continues to this day. While it appears that SLR removed much of LTI's intellectual property from the sites named in the Termination Notice, SLR continued to engage in such willful infringement on its network of sites. Although there are certainly more instances of infringement still unknown to LTI, it has discovered at least eighty-eight (88) works currently actively being infringed through the Daizzzy Network. Each of these instances of copyright infringement by SLR are accompanied by trademark infringement by SLR (see Exhibit N).

La Touraine, Inc. | 110 West A Street, Suite 900C, San Diego, CA 92101 | (p) 619.237.5014 | (f) 619.239.1983

In establishing the Daizzzy Network, SLR created a vast number of domains by combining an adult performer's name with "VR" (e.g. www.MiaMalkovaVR.com) ("Performer Domain(s)").   These Performer Domains each contain the same general site layout, which is substantially similar to the design of www.SexLikeReal.com.  (Representative Examples are attached as Exhibit O).

The design of the scene pages that include LTI content is to prominently feature a two-minute clip of LTI's copyrighted content, which is being used without a license and is clearly willful copyright infringement.  Each of these clips is available for download to users of the sites.

The video content is branded with an overlay that states "SexLikeReal", which is featured more prominently than LTI's trademark.  It is clear that SLR is using LTI's trademarks without a license and creating a false association between LTI's products and SLR.   All use of LTI's intellectual property displayed on the Performer's Domain is unauthorized, done without a license and content willful infringement.

Although the unlicensed use renders the point moot, I will also note that, much like the traffic funnel scheme described above, on the Performer Domains, SLR uses the registered mark "Naughty America VR" to link to another page within the Performer Domain.  Also, with the exception of a small, non-descript box that appears to be a part of the Naughty America VR link, all links contained on the scene pages of the Performer Domains link to SLR properties.  (see Exhibit P).

For the reasons outlined above, if this distribution occurred during the term of the Affiliate Agreement, it constituted breach of contract and copyright and trademark infringement.  The fact that this infringement has continued for over a year after LTI's termination of any and all licenses to SLR further cements the willful and intentional nature of the infringement.

Of the eighty-eight works, several have been distributed through multiple outlets on the Daizzzy Network.   There is, no doubt, countless other instances of infringement.   This infringement continues over one (1) year after LTI's termination of its Affiliate Agreement with SLR.  SLR has no right or license to use LTI's copyrights and trademarks.

### g.   Cease and Desist

In light of the foregoing:

- LTI hereby demands that SLR immediately cease and desist from all use of its copyrighted and trademarked content and take down from the Daizzzy Network and any other network or website where such content was placed by SLR or at SLR's direction, including without limitation any and all digital content, videos, images, advertisements, data, motion pictures, video clips, audio clips, hyperlinks, anchor text, and promotional links incorporating the same.

- LTI hereby demands that in removing the above referenced content from the Daizzzy Network, SLR removes all content titles, channels, channel names, URLs, meta tags,

metadata, meta titles, and any invisible metadata used in connection with site rankings that include LTI's trademarks.

- LTI further hereby demands that SLR delete all copies of LTI's copyrighted and trademarked content that may reside on any computer system and/or website owned by SLR and/or operated in connection with the Daizzzy Network or the daizzzy account.

SLR's unauthorized use of LTI's copyrighted works on the Daizzzy Network and third party sites constitutes willful copyright infringement in violation of the United States Copyright Act (17 U.S.C, §101 *et seq.*).  Liability for such copyright infringement includes actual damages and profits and statutory damages of up to one hundred and fifty thousand dollars ($150,000) per work (17 U.S.C. §504).

The above referenced use of LTI's trademarks constitutes a serious infringement of LTI's trademark rights.  Such use, and any continued use, will subject SLR to liability under the U.S Trademark Act (15 U.S.C. §1051 *et seq.*), as well as analogous state laws.  Such liability includes the remedies provided under such laws, e.g. injunctive relief (15 U.S.C. §1116), forced destruction of the infringing materials, monetary damages (15 U.S.C §1117), including actual damages, lost profits, increased or trebled damages, an accounting of SLR's profits, attorneys fees and costs. *3-14 Gilson on Trademarks § 14.03 (2017).*

LTI cannot and will not tolerate such violations of its valuable intellectual property rights. Therefore, LTI demands that SLR immediately comply with the demands set forth in this letter and provide written assurances of SLR's compliance with these demands.

### h.  Demand to Preserve Evidence

This letter requests your immediate action to preserve electronically stored information ("ESI") that may contain evidence important to the matters described herein, including without limitation any and all matters arising out of the Affiliate Agreement and SLR's use of LTI's intellectual property.  LTI hereby demands that SLR take action to preserve all potentially relevant ESI and to prevent the deletion or spoliation of any evidence.

The ESI to be preserved includes, without limitation all "WRITINGS" as defined by California Evidence Code section 250, which states:

> "Writing" means handwriting, typewriting, printing, photostating, photographing, photocopying, transmitting by electronic mail or facsimile, and every other means of recording upon any tangible thing, any form of communication or representation, including letters, words, pictures, sounds, or symbols, or combinations thereof, and any record thereby created, regardless of the manner in which the record has been stored.

This demand shall include all digital and hard copy records and files, digital messages, emails, text messages, videotapes, files, "tweets," Facebook posts, and other online communications and voicemail messages.  We request that this demand to preserve all evidence take place immediately,

and that all individuals set forth above be further informed of this request, of which you are now on notice.   Failure to respond to this request could result in our Client seeking sanctions, costs, attorney fees, and adverse inference jury instructions and any other remedies that may be available under the law.

LTI reserves the right to take such further actions as it deems necessary, without further advance notice to SLR, in order to protect its interests.  This letter is sent without prejudice to any and all other rights LTI may have in this matter, all of which are hereby expressly reserved.

Sincerely,

LA TOURAINE, INC.

Kevin Kachman, General Counsel

KAK:abm

La Touraine, Inc. | 110 West A Street, Suite 900C, San Diego, CA 92101 | (p) 619.237.5014 | (f) 619.239.1983

# EXHIBIT G

**EXHIBIT F**

www.PornHub.com

- https://www.pornhub.com/view_video.php?viewkey=ph573f3c5da250f
- https://www.pornhub.com/view_video.php?viewkey=ph578c95563d694
- https://www.pornhub.com/view_video.php?viewkey=ph579b5a2c4d093
- https://www.pornhub.com/view_video.php?viewkey=ph579b599fb9e00
- https://www.pornhub.com/view_video.php?viewkey=ph57a4abd72c7f3
- https://www.pornhub.com/view_video.php?viewkey=ph57a4aa6878287
- https://www.pornhub.com/view_video.php?viewkey=ph57ab5a5120357
- https://www.pornhub.com/view_video.php?viewkey=ph57b6f8fc87770
- https://www.pornhub.com/view_video.php?viewkey=ph57b6f86d111f0
- https://www.pornhub.com/view_video.php?viewkey=ph57c02e2324df1


www.Xhamster.com

- https://xhamster.com/videos/aidra-fox-alexis-monroe-in-naughty-stepsisters-5737017
- https://xhamster.com/videos/casey-calvert-in-the-call-girl-5653414


www.av4all.com

- http://av4all.com/video/7112/dani-daniels-in-next-door-dani-powered-by-sexlikereal/
- http://www.av4all.com/video/7165/layla-london-in-my-boss-blows-powered-by-sexlikereal/
- http://www.av4all.com/video/6975/india-summer-in-rubbitt-casual-encounter-powered-by-sexlikereal/
- http://www.av4all.com/video/6913/janice-griffith-in-the-cam-girl-powered-by-sexlikereal/


www.Thumbzilla.com (Aggregator)


www.CarambaTube.tv (Aggregator)


www.16Honeys.com (Aggregator that mirrors PinkClips.mobi and iPornTV.net)


www.PinkClips.mobi (Aggregator that mirrors 16Honeys.com and iPornTV.net)


www.iPornTV.net (Aggregator that mirrors 16Honeys.com and PinkClips.mobi)

# EXHIBIT H

Google

vr camgirl janice griffith

All    Images    Videos    News    Shopping    More         Settings    Tools

About 397,000 results (0.39 seconds)

Did you mean: vr *cam girl* janice griffith

The Cam Girl – Janice Griffith Teen Grinding - VR Porn Video ...
https://vrporn.com/cam-girl-janice-griffith-teen-grinding/ ▼
Aug 16, 2016 - When you are watching your favorite camgirl, Janice Griffith and you get asked over to
virtually please her in every way.

Vr Cam Girl - Janice Griffith - Naughtyamericavr Com... - XHamster
https://xhamster.com/.../vr-cam-girl-janice-griffith-naughtyamericavr-com-8726993 ▼
Aug 16, 2016 - Women Filmmakers: Get 325K to Make Porn for Women! ... Naughty America's VR Janice Griffith VR
Duration: VR POV Cam Girl. by VR POV Cam Girl. When you are watching your favorite camgirl, Janice Griffith and you get asked over to virtually please her in ...

Camgirl Janice Griffith in an amazing VR Porn Scene - MobileVRXXX
https://mobilevrxxx.com › Babe ▼
Jan 5, 2017 - Janice Griffith is the Camgirl, and you are the lucky fan she chooses to fuck her. She wants
you to come over and cum over her petite teen body.

The Cam Girl - Janice Griffith, Van Wylde - Porn VR - Virtual Reality ...
vr-pornxxx.com/the-cam-girl-janice-griffith-van-wylde/ ▼
The Cam Girl - Janice Griffith, Van Wylde... When you are watching your favorite camgirl, Janice
Griffith and you get asked over to virtually please her in every ...

Janice Griffith in the Cam Girl (powered by SexLikeReal) - Pornhub.com
https://www.pornhub.com/view_video.php?viewkey=ph5791971656197 ▼
Aug 16, 2016 - Watch Janice Griffith in The Cam Girl (powered by SexLikeReal) on Pornhub.com, the
best hardcore porn site. Pornhub is home to ....Joanna Angel Teaches Their How To Fuck You In Virtual
Reality ... Pornstars: Janice Griffith.

VR Naughty America– The Cam Girl , Janice Griffith, #VRsmartphone ...
https://vrsumo.com/vr-pornstars/janice-griffith-455.html ▼
Speaking of Virtual reality porn, her fans loved her in Janice Griffith in The Cam Girl, where she plays an
innocent girl that is about to get fucked by a dude with...

Janice Griffith's Best Free VR Porn Movies Online At VRSUMO.COM
https://vrsumo.com/vr-pornstars/janice-griffith-455.html ▼
Speaking of Virtual reality porn, her fans loved her in Janice Griffith in The Cam Girl, where she plays an
innocent girl that is about to get fucked by a dude with...

VR Cam Girl - Janice Griffith - NaughtyAmericaVR.com - XNXX.COM
https://www.xnxx.com/video.../vr_cam_girl_-_janice_griffith_-_naughtyamericavr.c... ▼
When you are watching your favorite camgirl, Janice Griffith and you get asked over to virtually please
her in every way. Get the full VR experience at...

"The Cam Girl " VR Porn starring Janice Griffith - Naughty America
https://tour.naughtyamerica.com/vr.../the-cam-girl-vr-porn-starring-janice-griffith ▼
"The Cam Girl" - VR Porn starring Janice Griffith. Share this now. Coming soon! Available here On
8/12/16 Share this now. Follow Us On Twitter to:

Google

jill kassidy banging the babysitter

All    Videos    Images    News    Shopping    More            Settings    Tools

About 393,000 results (0.52 seconds)

**Jill Kassidy in Banging The Babysitter Powered By SexLikeReal Porn ...**
https://www.pornhub.com/video/search?search=jill+kassidy...banging...babysitter...
Watch Jill Kassidy in Banging The Babysitter Powered By SexLikeReal porn videos for free, here on
Pornhub.com. Discover the growing collection of high quality ...

**Bang the Sexy Babysitter Jill Kassidy in Virtual Reality - Pornhub**
https://www.pornhub.com/view_video.php?viewkey=ph5741274a62a01 ▼
Watch Bang the sexy babysitter Jill Kassidy in Virtual Reality - VRPORNLOVE.com on Pornhub.com, the
best hardcore porn site. Pornhub is home to the widest ...

**Jill Kassidy in Bangin' the Babysitter (powered by SexLikeReal ...**
https://www.pornhub.com/view_video.php?viewkey=ph57bsf8fc87770 ▼
Aug 19, 2016 - Watch Jill Kassidy in Bangin' the Babysitter (powered by SexLikeReal) on Pornhub.com,
the best hardcore porn site. Pornhub is home to the ...

**Bangin' The Babysitter – Jill Kassidy's Naughty Surprise - VR Porn ...**
https://vrporn.com/bangin-the-babysitter-jill-kassidys-naughty-surprise/ ▼
Aug 17, 2016 - Jill Kassidy gets naughty with Preston Parker when she sees Preston down and
depressed after he finds out his wife was cheating on him.

**Bangin' The Babysitter - Jill Kassidy, Preston Parker - Porn VR - Virtual ...**
vr-pornxxx.com/bangin-the-babysitter-jill-kassidy-preston-parker/ ▼
Jill Kassidy gets naughty with Preston Parker when she sees Preston down and depressed after he finds
out his wife was cheating on him. Click to read more.

**VRNaughtyAmerica - Jill Kassidy, 'Banging the babysitter ...**
https://yourporn.sexy/post/5b58a7b14da8b8.html?sk=hawt-jill&so=0&ss=latest ▼
Jul 25, 2018 - Jill Kassidy in VRsmartphone Free Hot Porn Video by VR Naughty America.
VRNaughtyAmerica- Jill Kassidy,

**Bangin' The Babysitter - Teen VR Sex with Jill Kassidy | MobileVRXXX**
https://mobilevrxxx.com › Babe ▼
Jan 14, 2017 - Jill Kassidy is your sexy babysitter in this Teen VR Sex Scene. Do you want some rebound
sex? Her slutty mouth and tight pussy will make you ...

**Jill Kassidy in Bangin' The Babysitter - VR 4 Porn**
https://virtualreality4porn.com › Pornstars › Jill Kassidy ▼
Oct 30, 2017 - After explaining to the babysitter your wife has created on you, the cute young girl, who
has a crush on you for long, helps you feeling better.

**Jill Kassidy in Banging The Babysitter – VR Porn Love**
https://vrpornlove.com › VR Pornstars › Jill Kassidy ▼
Sep 8, 2016 - Banging the babysitter is a sex fantasy many would love to experience. Do you agree?
With this new VR porn update from Naughty America ...

**Bangin The Babysitter - Jill Kassidy Oculus Rift » VirtualBB.com | Free ...**
virtualbb.com/739-bangin-the-babysitter-jill-kassidy-oculus-rift.html ▼
Bangin The Babysitter - Jill Kassidy Oculus Rift, Genre: VR, Virtual Reality, American, Big Dick, Blow Job,
Brunette, Caucasian, Facial, Hand Job, Medium Ass, ...

In response to a complaint we received under the US Digital Millennium Copyright
Act, we have removed 1 result(s) from this page. If you wish, you may read the
DMCA

Google

🔒 Secure | https://www.google.com/search?ei=xZmSW_fgNKiioggeL64CAQ&q=layla+london+my+boss+blows&oq=layla+london+my+boss+blows&gs_l=psy-ab.3...9305.155...

layla london my boss blows

About 4,430,000 results (0.47 seconds)

All    Videos    Images    News    Shopping    More    Settings    Tools

**Layla London in my Boss Blows (powered by SexLikeReal) - Pornhub ...**
https://www.pornhub.com/view_video.php?viewkey=ph57ps3a2c4d093 ▾
Jul 29, 2016 - Watch Layla London in My Boss Blows (powered by SexLikeReal) on Pornhub.com, the best hardcore porn site. Pornhub is home to the widest ...

**My Boss Blows -- Cumming Late for Work - VR Porn Video - VRPorn.com**
https://vrporn.com/my-boss-blows-cumming-late-work/ ▾
Aug 22, 2016 - You're late for work again and your boss just called you to tell you not to bother showing up. That just means you have more time to sleep in and dream of fucking your hot boss...... TRAILER-Special - Hardcore Virtual Reality Porn Orgy.

**Layla London in My Boss Blows - VR 4 Porn**
https://virtualrealityporn.com › Pornstars › Layla London ▾
Oct 21, 2017 - But instead to send you at work, she's waking you to bang her wet pussy! For sure, with a base as sexy as Layla London, you can't resist such ...

**"My Boss Blows" - VR Porn starring Layla London - Naughty America**
https://tour.naughtyamerica.com/vr.../my-boss-blows-vr-porn-starring-layla-london ▾
"My Boss Blows". VR Porn starring Layla London. Share this now. Coming Soon! Available Here On 7/29/16! CLICK LINK OR POSTER BELOW TO WATCH...

**My Boss Blows - Layla London, Ryan Driller - Porn VR - Virtual Reality ...**
vr-pornxxx.com/my-boss-blows-layla-london-ryan-driller/ ▾
You're late for work again and your boss just called you to tell you not to bother showing up. That just means you have more time to sleep in and dream of ...

**VRNaughtyAmerica- Layla London, 'My Boss Blows', #VRsmartphone ...**
https://youporn.sexy/post/5e59352c6b847.html?3a=Layla-London&so=68&ss... ▾
Jul 31, 2018 - Layla London in VRsmartphone Free Hot Porn Video by VR Naughty America. VRNaughtyAmerica- Layla London.

**Layla London VR Porn: My Boss Blows**
https://www.findvrporn.com/2016/07/29/layla-london-vr/ ▾
Jul 29, 2016 - Picture review of Layla London in My Boss Blows: a VR porn movie released by Naughty America on July 29, 2016.

**VR 10 07 2016 Layla London My Boss Blows Desktop SD - Porneq**
porneq.com/v.video/.../vr-10-07-2016-layla-london-my-boss-blows-desktop-sd/ ▾
VR 10 07 2016 Layla London My Boss Blows Desktop SD.

**My Boss Blows - Layla London Oculus Rift » VirtualBB.com | Free VR ...**
virtualbb.com/683-my-boss-blows-layla-london-oculus-rift.html ▾
My Boss Blows - Layla London Oculus Rift. Genre : VR, Virtual Reality, American, Blow Job, Brunette, Bubble Butt, Caucasian, Cum on Stomach, Glasses, Innie ...

**My Boss Blows - Layla London VR | Thumbzilla**
https://www.thumbzilla.com/video/ph5ae510bc18926/my-boss-blows-layla-london-vr ▾
The King Zilla Proudly Presents: My Boss Blows - Layla London VR.

Goooooooooogle >
1 2 3 4 5 6 7 8 9 10   Next

Google

sexlivereal my boss blows

All    Videos    Images    Shopping    News    More    Settings    Tools

Page 3 of about 36,500 results (0.20 seconds)

**'vr porn' Porno Videos - PORN.COM**
https://www.porn.com/videos/search?q=vr+porn
VR PORN-Hot Assistant Fuck Her Boss On The Table · vrbangers. 3.5k visualização. 5 min. ...
SexLikeReal 180 VR Fucking Blonde Teen in the Office · SexLikeReal. ... VRBANGERS-Cherry Kiss Blow My
Best Friend Husband · vrbangers.

**'vr blowjob' Porno Videos - PORN.COM**
https://www.porn.com/videos/search?q=vr+blowjob
2.5k vista. 5 min. SexLikeReal Ayumu Kase in Sushi with Pussy 360 VR 60 FPS VR. ... 223 vista. 5 min.
VRBANGERS-3 Hot Asian Girls Sharing One Lucky Guy VR. ... 30.5k vista. 5 min. VR PORN-Hot Assistant
Fuck Her Boss On The Table HD. ...

**Tattoo XXX Videos - Longest / bestfreetube.xxx (page 363)**
bestfreetube.xxx/niche/tattoo/longest/363.html ▼
2.5k. 1 year ago PornHub · The Tattoo Artist [Powered By SexLikeReal] ... 2 years ago Pornhub · Layla
London in My Boss Blows [powered by SexLikeReal].

**HoliVR 360VR Awesome Birthday 3some -**
https://736mages.com/video-0c950wholiVr_360vr_awesome_birthday_3some ▼
Tickled My Step Sis Into fucking · WankOz.Com. ... Hot Angel Rivas Blows 3 huge Cock then gets
fucked. ... SexLikeReal-Anal at the Pool 180 VR 60 FPS.

**VRBangers.com Five Girls Blow One Lucky Guy VR PORN - XNXX.COM**
www.globalfordalnta.com/.../vrbangers com_five_girls_blow_one_lucky_guy_vr_por... ▼
VRBangers.com Five Girls Blow One Lucky Guy VR PORN, free sex video. ... SexLikeReal-Super Bowl
huge VR 180 60 FPS. (5 min) 194,512 hits. VR Cute ...

**hotsexes.club - 60fps**
https://www.hotsexes.club/show_cat/60fps/0 ▼
small Titty teen first blows over and first dildo in her tiny pussy · 1:51,21. ... SexLikeReal-Cutie's best sex
workout 180VR 60 FPS 1MW VR · 26:59. ... Busty slut sucks big cock ... VR BANGERS-Morgan Lee Get
caught Masturbating by her boss.

**Virtual Reality/vrporn2v - ApeTube.com**
www.apetube.com/search?/Virtual%20Reality%7Dvrporn2v?page=5&sort=popular
report 3:00 Hard Day at the Office with Marta SexLikeReal 1 month ago. Rachel Roxxx ...... report 2:00
Layla London in My Boss Blows SexLikeReal 1 month ago.

**Virtual Reality/vrporn2v - Virtual Reality**
www.fuckpornclube.live/show_cat/Virtual+Reality?v ▼
Yhuri Sacha And Rides Your Dick in Virtual Reality · 24:09 ... HoliVR 360VR_JAV VR_BANG The Boss
Wife ... My Personal Masseur (Powered By SexLikeReal).

**fuckpornclube.live - Virtual Reality**
www.fuckpornclube.live/show_cat/Virtual+Reality?v ▼
Tugged by Step Sis Into Fucking · WankOz.Com. ... Hot Angel Rivas Blows 3 huge Cock then gets
fucked ...... SexLikeReal-Anal at the Pool 180 VR 60 FPS. VR ...

**Layla London In My Boss Blows | AshleyadamsVr.com**
www.ashleyadamsvr.com/.../642Layla%20London%20in%20My%20Blows%20Blows ▼
Jul 29, 2016 - Layla London In My Boss Blows, by NaughtyAmerica VR. Videos. Converting circular
structure to JSON, Get sexlikereal VR App. RR, Vive ...

hrinette - Alexa Tomas VR Porn: Best Alexa Tomas Pornstar VR

Google

sexlikereal bangin the babysitter

All   Images   Videos   Shopping   News   More           Settings   Tools

About 15,050 results (0.17 seconds)

**VR8000 - Zelda - Banging the Babysitter - by SexLikeReal**
https://www.sexlikereal.com/virtualreality/scene/6755-banging_the_babysitter ▾
Join Babysitter Zelda in this high action packed suck and fuck 180 and help solve the magical pussy
puzzle of the ages. Walk into this fortress of Virtual Reality ...

**Jill Kassidy in Bangin the Babysitter (powered by SexLikeReal ...**
https://www.pornhub.com/view_video.php?viewkey=ph5b6d77fd ▾
Aug 19, 2019 - Watch Jill Kassidy in Bangin the Babysitter (powered by SexLikeReal) on Pornhub.com,
the best hardcore porn site. Pornhub is home to the ...

**Jill Kassidy in Bangin The Babysitter (powered By SexLikeReal) Porn ...**
https://www.pornhub.com/video/search?...in+bangin_babysitter_sexlikereal%29 ▾
Watch Jill Kassidy in Bangin The Babysitter (powered By SexLikeReal) porn videos for free, here on
Pornhub.com. Discover the growing collection of high quality ...

**Jill Kassidy in Bangin the Babysitter (powered by SexLikeReal ...**
https://www.thumbzilla.com/.../jill-kassidy-in-bangin-the-babysitter-powered-by-sexli... ▾
The King Zilla Proudly Presents: Jill Kassidy in Bangin' the Babysitter (powered by SexLikeReal).

**Jill Kassidy in Bangin The Babysitter (Powered By SexLikeReal) ...**
www.theespiancovered.com/.../jill-kassidy-in-bangin-the-babysitter-powered-by-sex...
Watch for FREE the best Jill Kassidy in Bangin The Babysitter Powered By SexLikeReal QSP VIDEOS to
your mobile, cell phone or iPhone.

**Bangin' the Babysitter 2 from Naughty America VR VR Porn Videos ...**
https://virtualporn.com > Videos > Naughty America VR ▾
Aug 25, 2017 - Things are different now that you and your wife have separated - you're free to do
whatever you like to your babysitter. Naughty little Alex Grey!

**Pornsite Club - Jill Kassidy in Bangin the Babysitter (powered by ...**
www.pornsitme.club/video_view/762053528 to ▾
www.pornsitme.club/video_view/762053528 to ▾
Jill Kassidy in Bangin the Babysitter (powered by SexLikeReal). Tags: blowjob hardcore bj pussy
young cowgirl reality point of view american cock teenager ...

**Banging the Cheerleader (powered by SexLikeReal) | Redtube Free ...**
https://www.redtube.com/282524 ▾
Jan 19, 2019 - Watch video Banging the Cheerleader (powered by SexLikeReal) on Redtube, home of
free ... Sweet Teen Babysitter Gets Fucked Deep!

**Jill Kassidy in Bangin the Babysitter (powered by SexLikeReal ...**
avhalt.com/video/.../Jill-Kassidy_in_Bangin_the_Babysitter_powered_by_SexLikeReal ▾
Jan 16, 2019 - Watch Jill Kassidy in Bangin the Babysitter (powered by SexLikeReal) on Free Porn
Videos & Sex Movies - Porno, XXX, Porn Tube | Pornhub ...

**Jill Kassidy in Bangin the Babysitter (powered by SexLikeReal ...**
teenxxx.video/.../Jill_Kassidy_in_Bangin_the_Babysitter_powered_by_SexLikeReal ▾
Jill Kassidy in Bangin the Babysitter (powered by SexLikeReal). 00:00 / 00:21 . Report video - Hardcore,
Young, American, Cowgirl, Reality, POV, Virtual ...

Google

sex/cereal twisted sisters

All    Videos    Shopping    Images    Maps    More        Settings    Tools

About 8,500 results (0.57 seconds)

**VirtualTaboo - SexLikeReal**
https://www.sexlikereal.com/virtualtaboo/full1studio=1+VirtualTaboo/sort/most... ▾
Three is Not a A Crowd. 29:14. 26. Three Is Not A... Three Is Happy Family 32:44. 49. Three Is Happy ...
Pregnant Sister Realized My Dream. 28:04. 44. Pregnant ...

**VR Porn - Virtual Reality X Videos & Sex Movies - Most ... - SexLikeReal**
https://www.sexlikereal.com/virtualrealporn/...recent ▾
09×43. 20. Dreamy starring Victoria Puppy and Nathaly Cherie Stockings VR · 180' 60 FPS NON+POV.
57:95. Twisted Mother. 18:04. 7. Twisted Mother xVirtual.
Missing: sex/real | Must include: sisters

**SexLikeReal-Big Boobs Blowjob VR180 60 FPS VR Sexperience ...**
https://www.pornhub.com/view_video.php?viewkey=ph5bfb3b6e1b3 ▾
Mar 8, 2017 - Watch SexLikeReal-Big Boobs Blowjob VR180 60 FPS VR Sexperience Peaches Gold on
Pornhub.com, the best hardcore porn site. Pornhub ...

**"Twisted Sisters" featuring Elsa Jean - vrpornjack**
https://vrpornjack.com › Studios › NaughtyAmericaVR ▾
Nov 14, 2017 - What do you do when the virgin won't fuck you? Bang her horny, dick-loving sister Elsa
feels bad for you because her horny sister won't even ...

**Three is Happy Family VR sex video | VRPornix.com**
www.vrpornix.com/virtualreality/scene/.../4580-Three%20is%20Happy%20Family%2... ▾
Feb 3, 2018 - Enjoy the best VR porn movies, watch Three is Happy Family VR video! Download or ... VR
porn videos for Oculus & Vive | SexLikeReal. Original

**"Twisted sister porn" Search - PORN.COM**
https://www.porn.com/videos/search?q=twisted+sister+porn
twisted sister porn porn porno videos. Found: Most Popular twisted sister porn videos.... SexLikeReal-
Light Breakfast with hungry Annah 180VR 60 FPS.

**Elsa Jean VR, Porn Star Videos | Virtual Porn**
https://Virtual.porn › Pornstars ▾
BaDoinkVR - Elsa Jean - 23 September, 2017. Naughty America VR Twisted Sisters 1:55. Twisted Sisters
· Naughty America VR - Elsa Jean - 10 October, 2017.

**It feels too real part deux powered by sexlikereal**
98221.ee55.blogies.top/
Horn-born tough, were exhausted spread twirled of six sex party is interrupted invitation, to willing see
one hot sexy prendy ass blonde top hassle "how body ...

**Elsa Jean in Twisted Sisters | ElsaJeanvr.com**
www.elsajeanvr.com/virtualreality/.../2015+Elsa%20Jean%20in%20Twisted%20Sisters ▾
Feb 10, 2017 - Elsa Jean in Twisted Sisters, by NaughtyAmerica VR. Video. Converting circular structure
to JSON. Get exsilikereal VR App. TRY, Vive ...

**lesbian vr porn fetish panty/hose czech www.VRporn.tips Full HD**
https://boxpornvideo.org/.../lesbian_vr_porn_fetish_pantyhose_czech_www+vporn+t... ▾
Text (subtxd) xos Dronok & Katie Hill - An To... 5 min ... infox0asonbu_Twisted form & Ama...