1  Lincoln Bandlow (SBN 170449)
    LBandlow@foxrothschild.com
2  Conrad B. Wilton (SBN 313348)
    CWilton@foxrothschild.com
3  FOX ROTHSCHILD LLP
   10250 Constellation Blvd., Suite 900
4  Los Angeles, CA 90067
   Telephone:   310-598-4150
5  Facsimile:   310-556-9828

6  Attorney for Plaintiff,
   LA TOURAINE, INC. *dba* NAUGHTY AMERICA
7

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  LA TOURAINE, INC., a Nevada corporation *dba* NAUGHTY AMERICA,

   Case No.: _____

12                Plaintiff,

13        v.                                    **PLAINTIFF LA TOURAINE, INC.'S CORPORATE DISCLOSURE STATEMENT**

14  IVAN VARKO, a Slovenian national *aka* John Deiz, John Daizy, John Deig, Alex Novak, and "Daizzzy," and V.R.S. VIRTUAL REALITY TECHNOLOGY LTD, a Cyprus limited company *dba* SEXLIKEREAL,

   **(FED. R. CIV. P. 7.1)**

15

16   Date Complaint Filed:   Sept. 17, 2018

17

18                Defendants.

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff La Touraine, Inc. *dba* Naughty America ("LTI") certifies that LTI has no parent corporation. Further, no publicly-held corporation directly owns 10 percent or more of the stock in LTI.

Dated:  September 17, 2018         FOX ROTHSCHILD LLP

By */s/ Conrad Wilton*
Lincoln Bandlow
Conrad B. Wilton
Attorney for Plaintiff
LA TOURAINE, INC. *dba* NAUGHTY AMERICA