AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Southern District of California  on the following

[X] Trademarks or   [ ] Patents.   ( [ ] the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT | |
|---|---|---|---|
| **PLAINTIFF**<br>LA TOURAINE, INC., a Nevada corporation dba NAUGHTY AMERICA, | | **DEFENDANT**<br>IVAN VARKO, a Slovenian national aka John Deiz, etc., et al., | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  Please see attached | | Plaintiff, La Touraine, Inc. for all Trademarks. | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | [ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading | | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|   |   |   |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

| Name | Date of Registration | Registration Number | First Use in Commerce |
| --- | --- | --- | --- |
| Naughty America | 9/22/2015 | 4818993 | 10/22/2003 |
| Naughty America | 7/18/2006 | 3116202 | 9/12/2003 |
| Naughty America | 7/25/2006 | 3119341 | 10/10/2004 |
| Naughty America | 3/2/0210 | 3755195 | 12/1/2009 |
| Naughty America | 5/31/2005 | 2958444 | 10/22/2003 |
| Naughty America VR | 6/21/2016 | 4981838 | 7/2/2015 |
| Naughty America VR | 11/29/2016 | 5089348 | 7/2/2015 |
| PSE | 5/15/2018 | 5471648 | 5/26/2017 |
| My Friend's Hot Mom | 3/14/2006 | 3068289 | 12/5/2003 |
| My Girlfriend's Busty Friend | 9/16/2014 | 4605110 | 4/24/2012 |
| My First Sex Teacher | 3/27/2007 | 3222533 | 9/1/2003 |
| Naughty Bookworms | 3/27/2007 | 3222530 | 7/1/2005 |
| 2 Chicks Same Time | | | 5/3/2008 |
| Naughty Office | 3/27/2007 | 3222532 | 8/1/2004 |
| Dirty Wives Club | 7/1/2014 | 4561528 | 8/7/2013 |
| My Sister's Hot Friend | 4/3/2007 | 3224899 | 12/27/2004 |
| I Have a Wife | | | 2/28/2008 |
| Randy's Roadstop | 11/8/2016 | 5077010 | 3/15/2016 |
| Real Teens VR | 7/25/2017 | 5252704 | 3/15/2016 |