| Attorney or Party without Attorney:<br>FOX ROTHSCHILD LLP<br>Lincoln Bandlow (170449)<br>10250 Constellation Blvd., Suite 900<br>Los Angeles, CA 90067<br>Telephone No: 310-598-4150<br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: La Touraine, Inc., a Nevada corporation dba Naughty America<br>Defendant: Ivan Varko, a Slovenian national aka John Deiz., et al |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:18-cv-02160-BEN-NLS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Plaintiff La Touraine, Inc.'s Corporate Disclosure Statement, Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. a. Party served: V.R.S. VIRTUAL REALITY TECHNOLOGY LTD, a Cyprus limited company dba SEXLIKEREAL
   b. Person served: Frank Scardino, BOSTON LAW GROUP, PC, Registered Agent
      Served under F.R.C.P. Rule 4.

4. Address where the party was served: 825 Beacon St, Newton, MA 02459

5. I served the party:
   a. **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 20 2018 (2) at: 05:03 PM

6. **Person Who Served Papers:**
   a. John Roberto
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

09/21/2018
(Date)         (Signature)



PROOF OF SERVICE

2653917
(3746235)