| | |
|---|---|
| 1 | Matthew Shayefar (SBN 289685) |
|   | Law Office of Matthew Shayefar, PC |
| 2 | 925 N La Brea Ave |
|   | West Hollywood, California 90038 |
| 3 | Tel: 323-948-8101 | Fax: 323-978-5556 |
|   | matt@shayefar.com |
| 4 | |
|   | Val Gurvits (MA 643572 - *pro hac* forthcoming) |
| 5 | Boston Law Group, PC |
|   | 825 Beacon Street, Suite 20 |
| 6 | Newton Centre, Massachusetts 02459 |
|   | Tel: 617-928-1804 | Fax: 617-928-1802 |
| 7 | vgurvits@bostonlawgroup.com |
| 8 | Evan Fray-Witzer (MA 564349 - *pro hac* forthcoming) |
|   | Ciampa Fray-Witzer, LLP |
| 9 | 20 Park Plaza, Suite 505 |
|   | Boston, Massachusetts 02116 |
| 10 | Tel: 617-426-0000 | Fax: 617-423-4855 |
|   | Evan@CFWLegal.com |
| 11 | |
|   | *Attorneys for Defendant V.R.S. Virtual Reality Technology Ltd.* |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOURAINE, INC.,<br>    Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>IVAN VARKO,<br>    Defendant<br><br>and<br><br>V.R.S. VIRTUAL REALITY TECHNOLOGY LTD,<br>    Defendant/Counterclaim-Plaintiff. | Case No.: 3:18-cv-02160-BEN-NLS<br><br>**DEFENDANT V.R.S VIRTUAL REALITY TECHNOLOGY LTD.'S DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTERESTS**<br><br>Unlimited Civil Case<br>Trial Date: Not Yet Set |

### F.R.C.P. 7.1 Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant V.R.S. Virtual Reality Technology Ltd. hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

### Notice of Party with Financial Interest

Pursuant to Local Rule 41.1, Defendant V.R.S. Virtual Reality Technology Ltd. hereby states that no non-parties to its knowledge have a financial interest in the outcome of this case.

LAW OFFICE OF MATTHEW SHAYEFAR, PC

By /s/ *Matthew Shayefar*
MATTHEW SHAYEFAR
Attorney for Defendant V.R.S. Virtual Reality Technology Ltd.

Dated: November 12, 2018

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below on November 12, 2018.

/s/ Matthew Shayefar<br>
Matthew Shayefar

## SERVICE LIST

Conrad Brently Wilton
Fox Rothschild, LLP
10250 Constellation Blvd., Suite 900
Los Angeles, California 90067
cwilton@foxrothschild.com