

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LA TOURAINE, INC.,

**Plaintiff,**

v.

IVAN VARKO, et al.

**Defendant.**

Civil No. 3:18-cv-2160-BEN-NLS

## PRO HAC VICE APPLICATION

Defendants

Party Represented

I, _____ Evan Fray-Witzer _____ hereby petition the above entitled court to permit me

(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Ciampa Fray-Witzer, LLP

Street address: 20 Park Plaza, Suite 505

City, State, ZIP: Boston, MA 02116

Phone number: 617-426-0000

Email: Evan@CFWLegal.com

That on _____ 12/15/1993 _____ I was admitted to practice before _____ Massachusetts SJC _____

(Date)                                                                    (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I   ☐ have)   ☒ have not)   concurrently or within the year preceding this application made

any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case Number _____   Date of Application _____

Application:   ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Matthew Shayefar                                    323-948-8101

(Name)                                              (Telephone)

Law Office of Matthew Shayefar, PC

(Firm)

925 N La Brea Ave, West Hollywood, CA 90038

(Street)                                    (City)                              (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)