1 | Lincoln Bandlow (SBN: 170449)
2 | LBandlow@foxrothschild.com
  | Conrad B. Wilton (SBN: 313348)
3 | CWilton@foxrothschild.com
  | FOX ROTHSCHILD LLP
4 | 10250 Constellation Blvd., Suite 900
  | Los Angeles, CA 90067
5 | Telephone:    310-598-4150
  | Facsimile:    310-556-9828
6 |
7 | Attorney for Plaintiff
  | LA TOURAINE, INC. *dba* NAUGHTY AMERICA, a
8 | corporation.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA TOURAINE, INC., a Nevada corporation *dba* NAUGHTY AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> IVAN VARKO, a Slovenian national *aka* John Deiz, John Daizy, John Deig, Alex Novak, and "Daizzzy," and V.R.S. VIRTUAL REALITY TECHNOLOGY LTD, a Cyprus limited company *dba* SEXLIKEREAL, <br><br> Defendants. | Case No.: 3:18-CV-02160-BEN-NLS <br><br> **DECLARATION OF CONRAD B. WILTON IN SUPPORT OF LTI'S MOTION FOR ADDITIONAL TIME TO PERFECT SERVICE OF PROCESS** <br><br> **FED. R. CIV. P. 6(b)(1)(A)** <br><br> Judge:     Hon. Roger T. Benitez <br> Date:       December 17, 2018 <br> Time:       10:30 a.m. <br> Courtroom: 5A |

DECLARATION OF CONRAD B. WILTON                         CASE NO. 3:18-CV-02160-BEN-NLS
78529471.v1

**DECLARATION OF CONRAD B. WILTON**

I, Conrad B. Wilton, do hereby state and declare as follows:

1. I am an associate at the law firm of Fox Rothschild, LLP, and have represented Plaintiff La Touraine, Inc. *dba* Naughty America ("LTI") at all relevant times in the above-captioned action. I make this declaration in support of LTI's Motion for Additional Time to Perfect Service of Process on Defendant Ivan Varko *aka* John Deiz, John Daizy, John Deig, Alex Novak, and "Daizzzy" ("Varko"). The following facts are within my personal knowledge and, if sworn as a witness, I could and would testify thereto under oath.

2. LTI's complaint for breach of contract, breach of the implied covenant of good faith and fair dealing, copyright infringement, Lanham Act violations, and unfair competition against Defendant V.R.S. Virtual Reality Technology LTD *dba* SexLikeReal ("VRS") and Defendant Varko was filed with the above-entitled Court on September 17, 2018. Both defendants possess foreign citizenship. VRS is a limited liability company with its registered office in the Republic of Cyprus. VRS' agent for service of process is its counsel, the Boston Law Group, PC located in Newton, Massachusetts. I am informed and believe that Varko, VRS' owner and principal, is an individual who resides in Ljubljana, Slovenia, and to date has not authorized an agent in the United States to accept service on his behalf or retained counsel to represent him in this matter. My office has identified the following addresses at which Varko is believed to work and/or live: Technoloski Park 19, 1000 Ljublijana, Slovenia; Marinovseva Cesta 3, 1000 Ljublijana, Slovenia; and Tacenska Cesta 137, 1000 Ljublijana, Slovenia.

3. On September 20, 2018, VRS was personally served through its registered agent, the Boston Law Group. On September 24, 2018, the corresponding proof of service was filed with this Court (Dkt. 5).

4. On September 25, 2018, I spoke with Matthew Shayefar, Esq. and Valentin Gurvits, Esq. of the Boston Law Group to discuss whether they could accept service for Varko and would be amenable to potentially resolving this matter. During this conversation, Mr. Gurvits acknowledged that VRS had been served but indicated his firm had not been retained by Varko to defend this

DECLARATION OF CONRAD B. WILTON                         CASE NO. 3:18-CV-02160-BEN-NLS
78529471.v1

1   matter and could not accept service of process on Varko's behalf.  Mr. Gurvits did indicate his client
2   would be willing to discuss settlement.

3   5.   For the next few weeks, the parties were engaged in good faith settlement
4   negotiations and thus, LTI elected to hold off on initiating the process to serve Varko – though my
5   office did spend time investigating and identifying possible addresses for Varko and researching the
6   Hague Convention service protocol while those discussions proceeded.

7   6.   As part of a letter sent by LTI to VRS on October 15, 2018, LTI again requested that
8   Mr. Gurvits accept service on Varko's behalf.  A redacted true and correct copy of this letter with the
9   relevant portion unredacted is attached hereto as *Exhibit A*.  LTI requested a response by October
10  22, 2018, but never received a response from VRS.

11  7.   Accordingly, on October 22, 2018, my office contracted with Russell Ortiz of First
12  Legal Investigations to arrange for Varko to be formally served via the Central Authority in Slovenia
13  and for a process server in Slovenia to serve Varko in-person at his business and/or home address.  A
14  declaration from Mr. Ortiz reflecting the status of the service process is filed herewith.

15  8.   Through the course of this Firm's discussions with counsel for VRS, it was clear that
16  Mr. Gurvits and/or Mr. Shayefar conversed with Varko directly at some point and are advising
17  Varko on this matter.  I have also reviewed correspondence between Varko and LTI that took place
18  after this case was filed and refers to this action.  Thus, Varko has actual notice of this suit but has
19  refused to permit counsel to accept service on his behalf.

20  9.   My office has been informed that formal service via the Central Authority will take
21  approximately 2-3 months to complete, and informal personal service on Varko should be completed
22  in approximately 4-6 weeks.  However, these time frames are estimates, particularly in light of the
23  fact that there is a potential for service delays in connection with attempting to serve a foreign
24  defendant during the winter holidays.

25  10.  Accordingly, LTI will likely require additional time beyond December 17, 2018 to
26  perfect service of process on Varko, which is 90 days from the date the complaint was filed, as
27  allotted by Fed. R. Civ. P. 4(m).  LTI, therefore, pursuant to Fed. R. Civ. P. 6(b)(1(A) requests an
28

1  appropriate extension of time to perfect service of process by March 8, 2019.  If the Court so
2  requests, LTI will submit a declaration on a date set by the Court, sometime before March 8, 2019,
3  that apprises the Court as to the status of service.

4  11.  On November 14, 2018, I sent Mr. Gurvits an email reiterating LTI's request that the
5  Boston Law Group accept service on Varko's behalf and advised that we would be required to file
6  the instant Motion if service was not accepted.  Mr. Gurvits responded by stating that the Boston
7  Law Group had not been authorized to accept service and had not been retained to represent Varko
8  in this action.  A true and correct copy of my correspondence with Mr. Gurvits is attached hereto as
9  *Exhibit B*.

10  I declare under penalty of perjury under the laws of the State of California and the United
11  States of America that the foregoing is true and correct, and that I executed this Declaration in Los
12  Angeles, California, on November 16, 2018.

                                                */s/ Conrad Wilton*
                                                Conrad B. Wilton