# EXHIBIT A



Fox Rothschild LLP
ATTORNEYS AT LAW

Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067
Tel (310) 598-4150  Fax (310) 556-9828
www.foxrothschild.com

LINCOLN D. BANDLOW
Direct No: 310.228.2913
Email: LBandlow@FoxRothschild.com

October 15, 2018

**<u>VIA EMAIL AND REGULAR MAIL</u>**

Val Gurvits, Esq.
Boston Law Group
825 Beacon St., Suite 20
Newton Centre, MA 02459
vgurvits@bostonlawgroup.com

**Re:**   ***<u>La Touraine, Inc. v. Ivan Varko, et al.</u>*<u>; S.D. Cal. Case No. 18CV2160 BEN NLS</u>**

<span style="color:red">REDACTED</span>

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Illinois
Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas   Washington



Val Gurvits
October 15, 2018
Page 2

REDACTED



Fox Rothschild LLP
ATTORNEYS AT LAW

Val Gurvits
October 15, 2018
Page 3

REDACTED

 

As the parties are engaged in good faith settlement negotiations and as indicated by my associate Conrad Wilton's email to you sent on October 11, 2018, my client is agreeable to a one-time stipulation to extend your clients' response deadline to November 12, 2018.  That said, to avoid LTI having to incur additional costs in this matter, my client requests that you accept service on behalf of Varko and provide to us a Notice and Acknowledgement of Service form by the end of next week.



**Fox Rothschild LLP**
ATTORNEYS AT LAW

Val Gurvits
October 15, 2018
Page 4

Please be advised our offer will remain open until the close of business on **October 22, 2018**. Please do not hesitate to contact us with any questions.

The contents of this letter are not and shall not be construed as an admission of fact or liability of any kind, nor shall it be considered to be an acknowledgement of or admission to the merits of any claim(s) alleged by your clients. Moreover, this letter shall not be construed as, or deemed to be evidence of, any admission or concession of fault, error, omission, or other ground for liability on the part of LTI.

Rather, this letter is sent for settlement purposes only and is not admissible pursuant to California Evidence Code §§1152, 1154, Federal Rules of Evidence Rule 408, and related decisional authorities. This letter is sent without prejudice to LTI's rights, claims, and defenses, all of which are expressly reserved.

Sincerely,

Lincoln D. Bandlow

LDB:cbw

# EXHIBIT B

**Wilton, Conrad B.**

| | |
|---|---|
| **From:** | Val Gurvits <vgurvits@bostonlawgroup.com> |
| **Sent:** | Wednesday, November 14, 2018 2:24 PM |
| **To:** | Wilton, Conrad B. |
| **Cc:** | Matthew Shayefar; Bandlow, Lincoln D.; Becker, Ryan T. |
| **Subject:** | [EXT] Re: La Touraine v Varko - Courtesy Copy Cover Letter |

Hi Conrad,

We have not been retained bro represent Mr. Varko and are not authorized to accept service on his behalf.

Best,

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1804 | Tel: (617) 928-1800 | Fax: (617) 928-1802
vgurvits@bostonlawgroup.com

--------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

On Nov 14, 2018, at 5:19 PM, Wilton, Conrad B. <cwilton@foxrothschild.com> wrote:


> Thank you, Matt.  Could you or Val please advise as to whether Mr. Varko has retained you as counsel for this matter and/or whether you are authorized to accept service of process on his behalf?  If you cannot accept service, we will initiate service via the Hague Convention and are prepared to move the court for additional time pursuant to FRCP 6(b).
>
> Thank you in advance for your prompt reply.
>
> **Conrad Wilton**
> Associate
> **Fox Rothschild LLP**
> 10250 Constellation Blvd.
> Suite 900
> Los Angeles, CA 90067
> (310) 598-4158 - direct
> (310) 556-9828- fax
> cwilton@foxrothschild.com
> www.foxrothschild.com

**From:** Matthew Shayefar <matt@bostonlawgroup.com>
**Sent:** Monday, November 12, 2018 3:14 PM
**To:** Wilton, Conrad B. <cwilton@foxrothschild.com>
**Cc:** evan@cfwlegal.com; Val Gurvits <vgurvits@bostonlawgroup.com>
**Subject:** [EXT] La Touraine v Varko - Courtesy Copy Cover Letter

Dear Conrad,

Attached you will find a copy of the cover letter being sent to the Court with courtesy copies of the documents filed earlier today in the La Touraine v Varko case.

Very truly yours,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

--------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.