Lincoln Bandlow (SBN 170449)
  lbandlow@foxrothschild.com
Conrad B. Wilton (SBN 313348)
  cwilton@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:  310-598-4150
Facsimile:   310-556-9828

Attorneys for Plaintiff,
LA TOURAINE, INC. *dba* NAUGHTY AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOURAINE, INC., a Nevada corporation *dba* NAUGHTY AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN VARKO, a Slovenian national aka John Deiz, John Daizy, John Deig, Alex Novak, and "Daizzzy," and V.R.S. VIRTUAL REALITY TECHNOLOGY LTD, a Cyprus limited company *dba* SEXLIKEREAL,<br><br>Defendant. | Case No.:3:18-CV-02160-BEN-NLS<br><br>Hon. Judge Roger T. Benitez<br><br>**DECLARATION OF RUSSELL ORTIZ IN SUPPORT OF LTI's MOTION FOR ADDITIONAL TIME TO PERFECT SERVICE OF PROCESS**<br><br>**FED. R. CIV. P. 6(b)(1)(a)**<br><br>Date:          12-17-18<br>Time:         10:30 AM<br>Courtroom:  5A |

## DECLARATION OF RUSSELL ORTIZ

I, Russell Ortiz, declare as follows:

1. That I am an employee of First Legal Investigations which is a licensed private investigations firm, am over the age of 18, am not a party to the within named action and that if called upon to testify to the facts stated herein I could and would competently do so.

2. On or about October 22, 2018, I was instructed by our client, Fox Rothschild LLP, to serve the following documents, from the United States District Court, Southern District of California, San Diego, Case No.: 18CV2160 BEN NLS, to defendant Ivan Varko, a Slovenian national, aka John Deiz, John Daizy, John Deig, Alex Novak and "Daizzzy., *(1) Summons in a Civil Action; Complaint and Jury Demand; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Corporate Disclosure Statement,* located at the following three locations; Tehnoloski Park 19, 1000 Ljublijana, Slovenia, Marinovseva Ceta 3, 1000 Ljublijana, Slovenia, and Tacenska Cesta 137, 1000 Ljublijana, Slovenia.

3. Our client, Fox Rothschild LLP, also instructed us to serve the above referenced documents both 'Formally', through The Hague Convention, and 'Informally, through a private process server at the above referenced locations.

4. Based on our 30 years' experience with serving International defendants pursuant to Hague Service Convention, the 'Formal' method, on average, takes anywhere from 2-3 months to complete and the 'Informal' method takes anywhere from 4-6 weeks to complete.

5. On November 8, 2018 the 'Formal' services have since been translated and sent to the Central Authority in Slovenia. Once the documents are received by the Central Authority, they arrange for service through an outside agent of their choice, usually an officer of the court who has similar responsibilities to a California Sheriff. Once the service is completed by said agent, the service information is returned to the Central

2

Authority at which time a Proof of Service (known as a "Certificate") will be generated and sent directly to the attorney on record.

6. On November 8, 2018 the 'Informal' services had also been translated and sent to a private process server to serve the defendant at the above referenced service locations.

I declare under penalty of perjury, under the laws of the State of California that the aforementioned is true. Executed this 13th day of November, 2018 in Santa Ana, California.

*[signature]*

Russell Ortiz
International Service of Process
Manager
First Legal Investigations

FIRST LEGAL INVESTIGATIONS
PI 24171 (CA)
PI 1551710 (AZ)
PI-PS 1452 (NV)

3