FILED
NOV 29 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOURAINE, INC., a Nevada corporation dba NAUGHTY AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN VARKO, a Slovenian national aka John Deiz, John Daizy, John Deig, Alex Novak, and "Daizzy," and<br>V.R.S. VIRTUAL REALITY TECHNOLOGY LTD, a Cyprus limited company dba SEXLIKEREAL,<br><br>Defendants. | Case No.: 3:18-cv-02160-BEN-NLS<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE UNDER THE HAGUE CONVENTION** |

Before the Court is Plaintiff La Touraine, Inc.'s first motion for an extension of time to serve Defendant Ivan Varko. Doc. 10. Plaintiff's Motion seeks an extension to March 8, 2019. For the reasons set forth below, Plaintiff's Motion is **GRANTED**.

Plaintiff filed its Complaint on September 17, 2018 and served Virtual Reality Technology Ltd. on September 20, 2018. To date, Plaintiff has been unable to serve Mr. Varko, a Slovenian national. On October 22, 2018, Plaintiff's counsel took steps to serve Mr. Varko through a private process server in Slovenia, including translating the service documents into the Slovene language. According to Plaintiff's attached declaration,

service through the Central Authority generally takes two to three months to complete, and service through an international private process server generally takes about four to six weeks. Accordingly, Plaintiff has shown good cause for an extension of time to serve, and the requested extension is reasonable under the circumstances. The time to serve Mr. Varko is extended to **March 8, 2019**.

**IT IS SO ORDERED.**

DATED: November 26, 2018

HON. ROGER T. BENITEZ
United States District Judge