1  Lincoln Bandlow (SBN: 170449)
2     LBandlow@foxrothschild.com
   Conrad B. Wilton (SBN: 313348)
3     CWilton@foxrothschild.com
4  FOX ROTHSCHILD LLP
   10250 Constellation Blvd., Suite 900
5  Los Angeles, CA 90067
6  Telephone: 310.598.4150
   Facsimile: 310.556.9828
7
8  Attorney for Plaintiff
   LA TOURAINE, INC. *dba* NAUGHTY AMERICA
9
10              **UNITED STATES DISTRICT COURT**
11              **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA TOURAINE, INC., a Nevada corporation *dba* NAUGHTY AMERICA,<br><br>             Plaintiff,<br>   vs.<br><br>IVAN VARKO, a Slovenian national *aka* John Deiz, John Daizy, John Deig, Alex Novak, and "Daizzzy," and V.R.S. VIRTUAL REALITY TECHNOLOGY LTD, a Cyprus limited company *dba* SEXLIKEREAL,<br><br>             Defendants. | Case No.: 3:18-CV-02160-BEN-NLS<br><br>**DECLARATION OF CONRAD B. WILTON IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS THE FOURTH AND FIFTH COUNTERCLAIMS, AND TO STRIKE THE SECOND AFFIRMATIVE DEFENSE ALLEGED BY DEFENDANT VIRTUAL REALITY TECHNOLOGY LTD.**<br><br>Judge:      Hon. Roger T. Benitez<br>Date:       January 22, 2019<br>Time:       10:30 a.m.<br>Courtroom:        5A |

# DECLARATION OF CONRAD B. WILTON

I, Conrad B. Wilton, do hereby state and declare as follows:

1. I am an associate at the law firm of Fox Rothschild, LLP, and have represented La Touraine, Inc. *dba* Naughty America ("LTI") at all relevant times in the above-captioned action. I make this declaration in support of LTI's Motion to Dismiss the Fourth and Fifth Counterclaims of defendant V.R.S. Virtual Reality Technology Ltd. *dba* SexLikeReal ("VRS") for fraud and unfair business practices, respectively, and to Strike VRS' Second Affirmative Defense for copyright misuse.

2. On November 27, 2018, my office sent VRS' counsel a meet-and-confer letter detailing LTI's arguments to dismiss VRS' counterclaims for fraud and unfair business practices, and to strike VRS' affirmative defense for copyright misuse. A true and correct copy of this letter is attached hereto as **Exhibit A**.

3. On November 29, 2018, VRS' counsel and I engaged in a teleconference to meet and confer with respect to these issues but were unable to reach a resolution. During our teleconference, VRS' counsel contended that the "false representation" VRS alleges that LTI made is the parties' 2008 Affiliate Agreement ("2008 Agreement"). He did not identify any communication in which LTI instructed and/or permitted VRS to exceed the bounds of the 2008 Agreement and exploit LTI's intellectual property, as VRS alleges in its Counterclaim.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that I executed this Declaration in Los Angeles, California, on December 3, 2018.

*/s/ Conrad Wilton*
Conrad B. Wilton

2

DECLARATION OF CONRAD B. WILTON         CASE NO. 3:18-CV-02160-BEN-NLS
79926395.v1