1 | Matthew Shayefar (SBN 289685)
Law Office of Matthew Shayefar, PC
2 | 925 N La Brea Ave
West Hollywood, California 90038
3 | Tel: 323-948-8101 | Fax: 323-978-5556
matt@shayefar.com
4 |

Val Gurvits (MA 643572 - *pro hac* forthcoming)
5 | Boston Law Group, PC
825 Beacon Street, Suite 20
6 | Newton Centre, Massachusetts 02459
Tel: 617-928-1804 | Fax: 617-928-1802
7 | vgurvits@bostonlawgroup.com

8 | Evan Fray-Witzer (MA 564349 - *pro hac* forthcoming)
Ciampa Fray-Witzer, LLP
9 | 20 Park Plaza, Suite 505
Boston, Massachusetts 02116
10 | Tel: 617-426-0000 | Fax: 617-423-4855
Evan@CFWLegal.com

*Attorneys for Defendant V.R.S. Virtual Reality Technology Ltd.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOURAINE, INC.,<br>　　Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>IVAN VARKO,<br>　　Defendant<br><br>and<br><br>V.R.S. VIRTUAL REALITY TECHNOLOGY LTD,<br>　　Defendant/Counterclaim-Plaintiff. | Case No.: 3:18-cv-02160-BEN-NLS<br><br>**JOINT MOTION TO CONTINUE HEARING AND DEADLINES ON MOTION TO DISMISS/STRIKE**<br><br>Unlimited Civil Case<br>Trial Date: Not Yet Set |

Defendant/Counterclaim-Plaintiff V.R.S. Virtual Reality Technology Ltd. and Plaintiffs/Counterclaim-Defendant La Touraine, Inc. hereby jointly move this Court for an order to continue the hearing on Plaintiff's Motion to Dismiss the Fourth and Fifth Counterclaims, and to Strike the Second Affirmative Defense (Docket No. 12), which is currently scheduled for January 22, 2019 at 10:30am, to the new date of **March 11, 2019** at 10:30am.  Corresponding to that continuance, the Parties also jointly move to continue the deadline to file an opposition to the motion to February 25, 2019 and the deadline to file a reply to the motion to March 4, 2019.

As the basis for this Motion, Defendant states that Defendants' counsel are scheduled to appear for trial in two separate matters on January 22, 2019 (one trial set in the Norfolk Superior Court in Massachusetts and another set in the United States District Court for the Southern District of Florida).  Accordingly, Defendants' counsel cannot be present at the January 22, 2019 hearing.

The Parties have conferred and have determined that the next available Monday that they are available for the hearing on the above referenced motion is March 11, 2019.  Accordingly, the Parties respectfully request that the hearing on the above referenced motion be continued to March 11, 2019 and that the deadlines for filing the opposition and reply to the motion be extended to February 25, 2019 and March 4, 2019, respectively.

Respectfully submitted,

                LAW OFFICE OF MATTHEW SHAYEFAR, PC

        By /s/ *Matthew Shayefar*
           MATTHEW SHAYEFAR
           Attorney for Defendant V.R.S. Virtual Reality Technology Ltd.

FOX ROTHSCHILD LLP

        By /s/ Conrad Wilton
           CONRAD WILTON
           Attorney for Plaintiff La Touraine, Inc.

Dated: December 17, 2018

# CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below on December 17, 2018.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

Conrad Brently Wilton
Fox Rothschild, LLP
10250 Constellation Blvd., Suite 900
Los Angeles, California 90067
cwilton@foxrothschild.com