**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA TOURAINE, INC.,<br>    Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>IVAN VARKO,<br>    Defendant<br><br>and<br><br>V.R.S. VIRTUAL REALITY TECHNOLOGY LTD,<br>    Defendant/Counterclaim-Plaintiff. | Case No.: 3:18-cv-02160-BEN-NLS<br><br>**[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE HEARING AND DEADLINES ON MOTION TO DISMISS/STRIKE**<br><br>Unlimited Civil Case<br>Trial Date: Not Yet Set |

   This matter has come before the Court on the Parties' Joint Motion to Continue Hearing and Deadlines on Motion to Dismiss/Strike.  The Court has reviewed the Motion and is otherwise fully advised on the premises.  Accordingly, it is hereby ORDERED AND ADJUDGED that the hearing on Plaintiff's Motion to Dismiss the Fourth and Fifth Counterclaims, and to Strike the Second

1 Affirmative Defense (Docket No. 12) shall be continued to March 11, 2019 at
2 10:30am, that any opposition to the motion may be filed by February 25, 2019 and
3 that any reply in support of the motion may be filed by March 4, 2019.
4       DONE AND ORDERED in the chambers this ___ day of December, 2018.

                                                    _____
                                                  United States District Judge