

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOURAINE, INC., a Nevada corporation dba NAUGHTY AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>IVAN VARKO, et al.,<br><br>                                    Defendants. | Case No.:  3:18-cv-02160-BEN-NLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING AND DEADLINES ON MOTION TO DISMISS/STRIKE**<br>**[Doc. 13]** |

Before the Court is the parties' joint motion to continue the hearing on Plaintiff's Motion to Dismiss the Fourth and Fifth Counterclaims, and to Strike the Second Affirmative Defense, which is currently scheduled for January 22, 2019.  The parties move to continue the hearing to March 11, 2019 at 10:30 a.m. and to continue the response deadlines to February 25, 2019 and March 4, 2019.  In support, the parties state Defendants' counsel is scheduled to appear in two trials at the end of January 2019 in Massachusetts and Florida, and the next Monday the parties are all available is March 11, 2019.  For good cause shown, the motion is **GRANTED**.

**IT IS SO ORDERED.**

DATED: December 21, 2018

HON. ROGER T. BENITEZ
United States District Judge

1