Lincoln Bandlow (SBN 170449)
  LBandlow@foxrothschild.com
Conrad B. Wilton (SBN 313348)
  CWilton@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:  310-598-4150
Facsimile:   310-556-9828

Attorney for Plaintiff,
LA TOURAINE, INC. *dba* NAUGHTY AMERICA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOURAINE, INC., a Nevada corporation *dba* NAUGHTY AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN VARKO, a Slovenian national *aka* John Deiz, John Daizy, John Deig, Alex Novak, and "Daizzzy," and V.R.S. VIRTUAL REALITY TECHNOLOGY LTD, a Cyprus limited company *dba* SEXLIKEREAL,<br><br>Defendants. | Case No.: 3:18-CV-02160-BEN-NLS<br><br>**PLAINTIFF LA TOURAINE, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**(LCR 40.2)**<br><br>Date Complaint Filed:   Sept. 17, 2018 |

| | |
|---|---|
| 1 | Pursuant to Local Civil Rule 40.2 of this Court, Plaintiff La Touraine, Inc. *dba* Naughty America ("LTI") certifies, through its undersigned counsel of record, that no non-parties, to its knowledge, have a financial interest in the outcome of this case. |

Dated: January 14, 2019          **FOX ROTHSCHILD LLP**

By  */s/ Conrad Wilton*
Lincoln Bandlow
Conrad B. Wilton
Attorneys for Plaintiff
LA TOURAINE, INC. *dba* NAUGHTY AMERICA