| Attorney or Party without Attorney:<br>FOX ROTHSCHILD LLP<br>Lincoln Bandlow (170449)<br>10250 Constellation Blvd., Suite 900<br>Los Angeles, CA 90067<br>   Telephone No: 310-598-4150<br>   Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: La Touraine, Inc., a Nevada corporation dba Naughty America
Defendant: Ivan Varko, a Slovenian national aka John Deiz., et al

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:18-cv-02160-BEN-NLS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Plaintiff La Touraine, Inc.'s Corporate Disclosure Statement, Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. a. Party served: IVAN VARKO, a Slovenian national aka John Deiz, John Daizy, John Deig, Alex Novak, and "Daizzzy,"
   b. Person served: Party in item 3.a., served under F.R.C.P. Rule 4.

4. Address where the party was served: 8401 W. Sunset Blvd, West Hollywood, CA 90069

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jan 15 2019 (2) at: 04:05 PM

6. **Person Who Served Papers:**
   a. Javier Sanchez (2014115318, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

01/17/2019
(Date)                                    (Signature)



PROOF OF SERVICE

2980350
(3849651)