# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

La Touraine, Inc.

**Plaintiff,**

v.

Ivan Varko et al.

**Defendant.**

Case No. 3:18-cv-02160-BEN

## PRO HAC VICE APPLICATION

Party Represented: Ivan Varko and V.R.S. Virtual Reality Technology Ltd.

I, Valentin Gurvits (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Boston Law Group, PC
Street address: 825 Beacon Street, Suite 20
City, State, ZIP: Newton Centre, Massachsuetts 02459
Phone number: 617-928-1804
Email: vgurvits@bostonlawgroup.com

That on Dec 14, 1999 (Date) I was admitted to practice before Supreme Judicial Court of MA (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have ☒ have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case: 
Case Number: 
Date of Application: 
Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

*(Signature of Applicant)*

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Matthew Shayefar (Name)    323-948-8101 (Telephone)

Law Office of Matthew Shayefar, PC (Firm)

925 N La Brea Ave, West Hollywood, California 90038
(Street)    (City)    (Zip code)

*(Signature of Applicant)*

I hereby consent to the above designation.

*(Signature of Designee Attorney)*