| | |
|---|---|
| Lincoln Bandlow (SBN: 170449) | Matthew Shayefar (SBN 289685) |
|   LBandlow@foxrothschild.com |   Matt@shayefar.com |
| Conrad B. Wilton (SBN: 313348) | Law Office of Matthew Shayefar, PC |
|   CWilton@foxrothschild.com | 925 N La Brea Ave. |
| FOX ROTHSCHILD LLP | West Hollywood, CA 90038 |
| 10250 Constellation Blvd., Suite 900 | Telephone: 323-948-8101 |
| Los Angeles, CA 90067 | Facsimile: 323-978-5556 |
| Telephone: 310.598.4150 | |
| Facsimile: 310.556.9828 | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants V.R.S.* |
| *La Touraine, Inc. dba Naughty America* | *Virtual Reality Technology Ltd. and* |
| | *Ivan Varko* |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOURAINE, INC., a Nevada corporation *dba* NAUGHTY AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>IVAN VARKO, a Slovenian national *aka* John Deiz, John Daizy, John Deig, Alex Novak, and "Daizzzy," and V.R.S. VIRTUAL REALITY TECHNOLOGY LTD, a Cyprus limited company *dba* SEXLIKEREAL,<br><br>      Defendants. | Case No.: 3:18-cv-02160-BEN-NLS<br><br>**JOINT MOTION TO CONTINUE HEARING AND DEADLINES ON DEFENDANT IVAN VARKO'S MOTION TO DISMISS**<br><br>**[CIVIL LOCAL RULE 7.2]**<br><br>Judge:    Hon. Roger T. Benitez<br>Date:     April 22, 2019<br>Time:     10:30 a.m.<br>Courtroom: 5A |

Plaintiff La Touraine, Inc. dba Naughty America ("LTI") and Defendants V.R.S. Virtual Reality Technology Ltd. ("VRS") and Ivan Varko ("Varko") hereby jointly move this Court for an order to continue the hearing on Varko's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. # 27) (the "Motion"), which his currently scheduled for April 22, 2019 at 10:30 a.m., to the new date of **May 13, 2019** at 10:30 a.m in the above-entitled Court.  Pursuant to that continuance, the Parties also move to extend the deadline to file an opposition to the Motion to April 29, 2019 and the deadline to file a reply to May 6, 2019.

Good cause exists for this continuance.  The Parties are actively engaged in negotiations to achieve a universal settlement and anticipate a notice of dismissal of all claims and cross-claims with prejudice will be forthcoming.  Continuing the hearing date and briefing deadlines on the Motion will allow the Parties to avoid the expense of litigating the Motion and afford them the best chance at resolving this matter.

Accordingly, the Parties respectfully request that the hearing on the Motion be continued to May 13, 2019 and that the opposition and reply deadlines be extended to April 29, 2019 and May 6, 2019, respectively.

Respectfully Submitted,

Dated: April 1, 2019

FOX ROTHSCHILD LLP
By: */s/Conrad B. Wilton*
   Conrad B. Wilton
   *Attorneys for Plaintiff La Touraine, Inc. dba Naughty America*

LAW OFFICE OF MATTHEW SHAYEFAR, PC
By: */s/Matthew Shayefar*
   Matthew Shayefar
   *Attorneys for Defendants V.R.S. Virtual Reality Technology Ltd. and Ivan Varko*

# CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Matthew Shayefar | ☑ Via CM/ECF |
| Law Office of Matthew Shayefar, PC | ☐ Via U.S. Mail |
| 925 N. La Brea Ave. | ☐ Via Messenger Delivery |
| West Hollywood, CA 90038 | ☐ Via Overnight Courier |
| Matt@bostonlawgroup.com | ☐ Via Facsimile |

DATED this 1st day of April, 2019.

*/s/Cindy Liu*
Cindy Liu