FILED

APR 0 2 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOURAINE, INC., a Nevada corporation dba NAUGHTY AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN VARKO, et al.,<br><br>Defendants. | Case No.: 3:18-cv-02160-BEN-NLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING AND DEADLINES ON DEFENDANT IVAN VARKO'S MOTION TO DISMISS**<br>**[Doc. 28]** |

    The parties jointly move to continue the hearing date on Defendant Ivan Varko's Motion to Dismiss for Lack of Personal Jurisdiction, Doc. 27, from April 22, 2019 to May 13, 2019. As support, the parties state they are actively negotiating to achieve a universal settlement, anticipate a notice of dismissal will be forthcoming, and believe a continuance will afford them the best chance at resolving the matter. For good cause shown, the joint motion is **GRANTED**. The hearing on Mr. Varko's Motion is continued to **May 13, 2019 at 10:30 a.m.** Opposition to the motion is due no later than April 29, 2019, and Mr. Varko's reply by May 6, 2019.

    **IT IS SO ORDERED.**

DATED: April 2, 2019

                                        HON. ROGER T. BENITEZ
                                        United States District Judge

1