Lincoln Bandlow (SBN: 170449)
LBandlow@foxrothschild.com
Conrad B. Wilton (SBN: 313348)
CWilton@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: 310.598.4150 Facsimile: 310.556.9828
*Attorneys for Plaintiff LA TOURAINE, INC.*

Matthew Shayefar (SBN: 289685)
Law Office of Matthew Shayefar, PC
925 N La Brea Ave.
West Hollywood, CA 90038
Telephone: 323-948-8101 Facsimile: 323-978-5556
Matt@shayefar.com
Val Gurvits (MA 643572 - *pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: 617.928.1804 | Fax: 617.928.1802
vgurvits@bostonlawgroup.com
*Attorneys for Defendants IVAN VARKO and V.R.S. VIRTUAL REALITY TECHNOLOGY, LTD*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| La Touraine, Inc., a Nevada corporation *dba* NAUGHTY AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN VARKO, a Slovenian national *aka* John Deiz, John Daizy, John Deig, Alex Novak, and "Daizzzy," and V.R.S. VIRTUAL REALITY TECHNOLOGY LTD, a Cyprus limited company *dba* SEXLIKEREAL,<br><br>Defendants. | Case No.: 3:18-CV-02160-BEN-NLS<br><br>**JOINT MOTION FOR ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE; [PROPOSED] ORDER** |

1

# JOINT MOTION FOR ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

Plaintiff La Touraine, Inc. and Defendants Ivan Varko and V.R.S. Virtual Reality Technology, LTD (collectively "the Parties") have reached a settlement of all claims and counterclaims brought between and amongst them in the above-captioned action (the "Action").

Pursuant to the Parties' settlement agreement and Federal Rules of Civil Procedure 41(a), the Parties hereby stipulate to dismissal with prejudice of this Action as follows:

1. The Complaint, including all claims therein pending in the Action, shall be dismissed with prejudice;

2. The Counterclaim, including all claims therein pending in the Action, shall be dismissed with prejudice; and

3. Each of the Parties will bear his/its own attorneys' fees, costs, and other expenses incurred in the above captioned action.

The Parties further acknowledge and stipulate that no money changed hands, nor were any cash payment(s) made, between or amongst the Parties' as part of, or inducement for, the settlement agreement between and amongst the Parties.

Dated: April 25, 2019           Respectfully submitted,

**LAW OFFICE OF MATTHEW SHAYEFAR, PC**

By /s/ Matthew Shayefar_____
MATTHEW SHAYEFAR

**BOSTON LAW GROUP, PC**

By /s/ Valentin Gurvits_____
VALENTIN GURVITS
Attorneys for Defendants Ivan Varko and V.R.S. Virtual Reality Technology Ltd.

1                     **FOX ROTHSCHILD LLP**

2

3                By <u>/s/ Conrad Wilton</u>
               CONRAD WILTON

4

5                By <u>/s/ Lincoln Bandlow</u>
               LINCOLN BANDLOW

6                Attorneys for Plaintiff La Touraine, Inc. *dba* Naughty America

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Matthew Shayefar<br>Law Office of Matthew Shayefar, PC<br>925 N. La Brea Ave.<br>West Hollywood, CA 90038<br>Matt@bostonlawgroup.com | ☑ Via CM/ECF<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

Val Gurvits (MA 643572 - *pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: 617.928.1804 | Fax: 617.928.1802
vgurvits@bostonlawgroup.com

DATED this 25th day of April 2019.

            */s/ Conrad Wilton*
            Conrad Wilton

---

4

JOINT MOTION FOR ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE; [PROPOSED] ORDER

CASE NO. 3:18-cv-02160-BEN-NLS

Active\93995432.v1-4/25/19