FILED

APR 29 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TOURAINE, INC., a Nevada corporation dba NAUGHTY AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>IVAN VARKO, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:18-cv-02160-BEN-NLS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS**<br>**[Doc. 30]** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties jointly move to dismiss all claims and counterclaims with prejudice because they have reached a settlement. [Doc. 30.] The parties' joint motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees.

　　　**IT IS SO ORDERED.**

DATED: April 29, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　United States District Judge

1